FILED

# United States District Court

NOV 17 2006

MIDDLE DISTRICT OF ALABAMA

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA            CRIMINAL COMPLAINT

v.                                   CASE NUMBER: 2:06mj129-DRB

BERNETTA WILLIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 15, 2006** in **Montgomery** county, in the **Middle** District of **Alabama** defendant(s), (Track Statutory Language of Offense):

1. knowing that an offense against the United States has been committed, received, relieved, comforted or assisted Litashia Washington in order to hinder or prevent her apprehension, trial or punishment in violation of **Title 18, United States Code, Section 3.**

2. harbored or concealed Litasha Washington for whose arrest a warrant or process had been issued under provisions of United States criminal law, so as to prevent her discovery and arrest, after notice or knowledge of the fact that a warrant or process has been issued for the apprehension of Washington in violation of **Title 18, United States Code, Section 1071.**

3. in a matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, or fraudulent statement or representation in violation of **Title 18, United States Code, Section 1001.**

I further state that I am a(n) **Deputy U.S. Marshal** and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**November 17, 2006**                         at    **Montgomery, Alabama**

Date                                                City and State

**DELORES R. BOYD, U.S. Magistrate Judge**

Name and Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I, John C. Hamilton, being duly sworn, depose and state the following:

1. I am a Deputy U.S. Marshal (DUSM) assigned conduct fugitive investigations and serve arrest warrants. I have 19 years of criminal investigative experience, all with the Marshals Service.

2. This affidavit is made in support of a complaint against BERNETTA LASHAY WILLIS, for an alleged violation of Title 18, USC, Sections 3 (Accessory after the Fact), 1001 (Lying to a Federal Agent), and 1071 (Harboring a Fugitive). Since this Affidavit is submitted for the purpose of establishing probable cause to support the issuance of a complaint and search warrant, I have not included each and every fact known by the government concerning this investigation. Statements attributed to individuals are provided in substance and in part.

3. The United States Marshals Service, Middle District of Alabama attempted to locate and arrest Litasha Washington. Washington is wanted for violation of Title 18 United States Code, Sections 371, 287, 2, and 641, Conspiracy, False or Fraudulent Claims, Aiding and Abetting, and Theft of Government Property. Willis is her co-defendant in this case.

4. I received information from a co-operating individual (CI) who told me that Washington was residing with Willis at 3717 Princeton Road, Montgomery, Alabama. Willis and Washington are involved in a homosexual relationship and have been for the past three years according to the CI.

5. The Marshal Service has also received information from Department of Homeland Security Special Agent Edward B. Kleppinger, III, who stated that Washington had been difficult to locate. Kleppinger also informed us that: (1) he had gone with U.S. Probation Officer Bernard Ross in an attempt to arrest Washington at Willis's house; (2) Willis stated that Washington was not there; and (3) (a) Kleppinger had reminded Willis that Washington had an arrest warrant issued for her, and (b) Washington needed to turn herself in.

6. The CI also advised me that Washington drives a 1996-97 Ford Crown Victoria, red and black in color with "Scar Face" and "Say Hello to My Little Friend" painted on the side. The CI stated that if that automobile was parked at the residence, Washington would most likely be there.

7. On November 15, 2006 at approximately 4:45 pm, DUSM A.L. Reeves set up surveillance on the residence. He radioed to me that the 1996-97 Ford Crown Victoria was parked at 3717 Princeton Road.

8. Approximately 10 minutes later, I arrived with DUSMs S.A. Reccio, and Ryan Karle at 3717 Princeton Road and set up a perimeter around the residence. Karle and I knocked on

the front door and announced that we were police. While we were waiting for someone to answer the door, Karle saw an individual walk past a front window toward the south end of the house.

9. After a few minutes, Willis answered the door. I advised Willis who we were and that we were there to serve an arrest warrant on Washington. Willis responded by telling me that Washington did not live at the residence and was not currently there. I pointed out that Washington's car was parked in the yard. Willis told me the car belonged to her.

10. I advised Willis that if Washington was located inside the residence that she would be charged under the federal harboring statute. Again, Willis denied that Washington was in the house.

11. As the other DUSMs and I began searching the house, Willis wanted to know if she could see a search warrant. I told Willis we were there to serve an arrest warrant which had Willis's address on the arrest warrant. Additionally, I told Willis that information had been developed from other sources indicating Washington lived at the residence. I advised Willis for the third time about the federal harboring charge. She again responded that by saying that Washington was not in the house.

12. The other DUSMs and I continued to search the residence. Washington was eventually located in the master bedroom shower located at the south end of the house. She was arrested without incident and transported to the Montgomery City Jail.

13. Based on the foregoing, I have probable cause to believe that Bernetta Willis, knowing that an offense against the United States has been committed, received, relieved, comforted or assisted Litashia Washington in order to hinder or prevent her apprehension, trial or punishment in violation of Title 18, United States Code, Section 3.

14. I also have probable cause to believe that Willis harbored or concealed Litasha Washington for whose arrest a warrant or process had been issued under provisions of United States criminal law, so as to prevent her discovery and arrest, after notice or knowledge of the fact that a warrant or process has been issued for the apprehension of Washington in violation of Title 18, United States Code, Section 1071.

15. Finally, I have probable cause to believe that Willis in a matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, or fraudulent statement or representation in violation of Title 18, United States Code, Section 1001.

John C. Hamilton,
Deputy United States Marshall
The United States Marshals Service,
Middle District of Alabama

Subscribed and sworn to
before me this 17th day
of November, 2006.

_____
United States Magistrate Judge