COURTROOM DEPUTY MINUTES   DATE: 11-20-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:25 - 3:35 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql

CASE NO.: 2:06mj129-DRB          DEFT. NAME: Bernetta WILLIS

USA: ~~Morris~~ Branson          ATTY: Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES NAME: _____

| | | |
|---|---|---|
| ☑ kars. | Date of Arrest 11-17-06 or ☐ karsr40 | |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☑ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel | |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** | |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. | |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| ☑ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody | |
| ☑ | Preliminary Hearing ☑ Set for 1-22-06 - 10:30 am | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☐ karr. | ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐ kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |