IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-129-DRB |
| | ) | |
| BERNETTA WILLIS | ) | |

## ORDER

At her November 20, 2006, initial appearance on the Criminal Complaint filed on November 17, 2006, the Defendant appeared with Assistant Federal Defender Kevin Butler, standing in for her out-of-town counsel of record. For good cause, it is

**ORDERED** that the Government's *Motion for Detention Hearing* (Doc. 3) is GRANTED to the extent of its request for a hearing, which is hereby set at 10:30 a.m. on November 22, 2006. If the Defendant desires a preliminary hearing – a decision to be made by counsel of record – it shall be consolidated for **hearing at that time. It is further**

ORDERED that the Defendant be held in the custody of the United States Marshal and produced for the hearing.

Done this 21st day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE