IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-mj-129-DRB |
| | ) | |
| BERNETTA WILLIS | ) | |

### **ORDER**

On November 22, 2006, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing from United States Marshal John C. Hamilton, the court finds that there is probable cause to believe that the offenses charged in the Criminal Complaint were committed on November 17, 2006, and that the defendant, Bernetta Willis, committed the offenses charged.. Accordingly, it is

**ORDERED** that the defendant be held to answer the charges against her in this court.

Done this 22nd day of November, 2006

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE