✎AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE 11/22/2006 | CASE NUMBER 06cr71-F & 06mj129-B | OPERATOR S. Q. Long, Jr., Courtroom Deputy | | PAGE NUMBER 3 | |
|---|---|---|---|---|---|

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| John C. Hamilton | Snyder | Halstrom | Yes | Yes | MJ BOYD |
| Edward Kleppinger | Snyder | Halstrom | Yes | No | " |
| Bernard Ross | Snyder | Halstrom | Yes | Yes | " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |