AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA
V.
BERNETTA WILLIS

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 2:06MJ10-CSC

| PRESIDING JUDGE CHARLES S. COODY | | | | GOVERNMENT'S ATTORNEY Christopher Synder | | DEFENDANT'S ATTORNEY Bruce Maddox |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) PRELIMINARY/DETENTION - FEB. 6, 2006 | | | | COURT REPORTER | | COURTROOM DEPUTY WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 2/6/06 | 2/6/06 | 1 | Ed Kleppinger | NO | Deposition/Interview Report of Bernetta Willis |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# City of Montgomery, Alabama

<u>Montgomery Municipal Court</u>

Les Hayes, III—Presiding Judge

Judge Darron C. Hendley    Judge Karen N. Knight    Judge W. Troy Massey

PATRICK J. MURPHY, CLERK OF COURT

TELEFAX TRANSMITTAL

FAX # (334) 241-2332

OFFICE # (334) 241-2776



GOVERNMENT EXHIBIT

CASE NO. _____

EXHIBIT NO. __1__

DATE: 1/24/06                TIME 3:30

NUMBER OF SHEETS INCLUDING TRANSMITTAL SHEET: 4

TO: ED KLEPPINGER

FROM: DARLENE CARSON

SPECIAL INSTRUCTIONS AND REMARKS: _____

## CONFIDENTIALITY NOTICE

The information contained in this fax message is intended only for the use of the individual or entity named above. If the recipient of the attending sheet(s) is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you received this fax in error, please notify the court immediately at the above phone number.

Interview 2006-97

| State of Alabama Unified Judicial System  Form C-64(a)(front) Rev. 11/92 | **DEPOSITION** | Warrant Number |
|---|---|---|
| | | Case Number |

IN THE **MUNICIPAL** COURT OF **MONTGOMERY,** **ALABAMA**
(Circuit, District or Municipal)   (Name of Municipality or County)

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF **MONTGOMERY**

v. **BERNETTA WILLIS**, Defendant

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

Name of Accused (or Alias) **BERNETTA WILLIS**
Telephone Number:
Social Security Number:
Driver's License Number:
Date of Birth:
Age:
Race:
Sex:
Height:
Weight:
Hair:
Eyes:
Complexion:
Address of Accused: **3717 PRINCETON RD**  City: **MONTGOMERY**  State: **ALA**  Zip:
Name of Employer:
Employer's Telephone Number:
Address of Employer:
City:
State:
Zip:

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense:
Date and Time of Offense:
Place of Occurrence:
Person Attacked or Property Damaged: **OCTAVIE HOWARD**
How Attacked: I WAS WALKING OUT THE CLUB (ROSE SUPPER CLUB) GETTING IN MY CAR, WHEN BERNETTA WILLIS RUN UP TO ME & PULLED A PISTOL ON ME SAYING SHE WAS GOING TO BLOW MY HEAD OFF BECAUSE I WAS GOING TO TESTIFY AGAINST HER IN COURT ABOUT THAT SHE DID TEMP CHECKS.
Did Accused Possess or Use a Weapon?  ☒ Yes   ☐ No   Type: Black 9"mm
Damage Done or Injuries Received: NO DAMAGE, BUT SINCE I'M TESTIFYING, I'M SCARED FOR MY LIFE
Value of Property:
Details of Offense: I WAS WALKING OUT THE CLUB (ROSE SUPPER CLUB) WHEN BERNETTA WILLIS RUNNED UP TO ME & PULLED A PISTOL ON ME SAYING SHE WAS GOING TO BLOW MY HEAD OFF BECAUSE I WAS GOING TO TESTIFY AGAINST HER IN COURT ABOUT SHE WAS THE ONE WHO DID THE TEMP CHECKS. AS I WAS COMING HERE BERNETTA FOLLOWED ME, WAVING THE GUN OUT THE WINDOW TELLING ME SHE IS GOING TO GET ME. ALSO AS I WAS TALKING TO OFFICER GOODEN SHE CALLED MY CELL PHONE THREATING ME SAYING WHAT SHE IS GOING TO DO. I GAVE OFFICER GOODEN THE PHONE AND SHE HUNG UP.

| Form C-64 (a) (back)   Rev. 11/92 | DEPOSITION |

Any Law Enforcement Agency Contacted?  ☐ Yes   ☐ No
If yes, which one? _____

**INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ABOUT YOURSELF**

Name of Complainant: Marie Howard
Telephone Number: 301-4040

Social Security Number: ___ Driver's License Number: ___ Date of Birth: ___ Age: ___ Race: ___ Sex: ___

Home Address: ___ City: ___ State: ___ Zip: ___

Name of Employer: ___ Employer's Telephone Number: ___

Address of Employer: ___ City: ___ State: ___ Zip: ___

I make this statement for the purpose of securing a **WARRANT/SUMMONS** against the named accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and Subscribed before me this 23rd day of January, 2006.

Complainant: [signed] Marie Howard

Judge/Clerk/Magistrate: Amanda Guffey

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| Kelvin Howard | | |

## MAGISTRATE NOTES

Warrant or Summons Issued? ☐ Yes ☐ No    Warrant Number: ___

Referred Ms. Howard to speak with a detective. She stated she didn't think anything would happen if she went home and that she would come back as soon as she woke up to speak with a detective. Ms Howard said she would contact her attorney (James Cooper) about incident and FEMA case. (all detectives were tied up during the time Ms. Howard was at the Magistrate's office).

page 2 of 2   Interview 2006-97

She also followed me down here to the police station, waving the gun out the window. Telling me she is going to get me. Also as I was talking to officer Gooden she called my cell phone, threatening me saying what she is going to do.