**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 1 – 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:06CR71-MEF |
| v. | ) | [18 U.S.C. § 641 |
| | ) | 18 U.S.C. § 1512(a)(2)(A) |
| BERNETTA WILLIS | ) | 18 U.S.C. § 924(c)(1)(A)] |
| a/k/a Nettie, Hi-Girl, LaShay | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| | ) | |

The Grand Jury charges:

## COUNTS 1-4

1.      At all times relevant to this Indictment, the defendant, **BERNETTA WILLIS,**
was a resident of Montgomery, Alabama.

2.      On or about September 5, 2005, **WILLIS,** under the name Bernetta L. Willis,
caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency
within the United States Department of Homeland Security, an application for benefits in
connection with Hurricane Katrina, which falsely represented that she had suffered losses to
a property she rented as her primary residence in Harvey, Louisiana.  In fact, **WILLIS** did
not reside in Louisiana and did not suffer the losses claimed.

3.      On or about September 13, 2005, **WILLIS,** under the name Bernetta R. Willis,
caused to be filed with FEMA a second application for benefits in connection with Hurricane
Katrina.  This application also falsely represented that she had suffered losses to a different

property she rented as her primary residence in Harvey, Louisiana. Again, **WILLIS** did not reside in Louisiana and did not suffer the losses claimed.

4.     FEMA accepted **WILLIS'S** two separate applications and caused four separate United States Treasury checks, two in the amount of $2,000 and two in the amount of $2,358, respectively, to be mailed to her in Montgomery, Alabama. **WILLIS** received all of the checks and cashed each of them.

5.     On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**BERNETTA WILLIS,**

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|-------|------|------|
| 1 | 09/12/2005 | FEMA disaster assistance funds in the amount of $2,000. |
| 2 | 09/29/2005 | FEMA disaster assistance funds in the amount of $2,358. |
| 3 | 09/19/2005 | FEMA disaster assistance funds in the amount of $2,000. |
| 4 | 09/30/2005 | FEMA disaster assistance funds in the amount of $2,358. |

All in violation of Title 18, United States Code, Section 641.

## COUNT 5

6.    On or about January 23, 2006, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**BERNETTA WILLIS,**

defendant herein, did use physical force and the threat of physical force against Valarie Howard, and attempted to do so, with intent to influence, delay, and prevent Howard's testimony in an official proceeding in violation of Title 18, United States Code, Section 1512(a)(2)(A).

## COUNT 6

7.    On or about January 23, 2006, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**BERNETTA WILLIS,**

defendant herein, during and in relation to a crime of violence for which she may be prosecuted in a court of the United States, that is, threatening a witness as charged in Count 5 of the Indictment, did use and carry and, in furtherance of said crime, possess a firearm, and did brandish a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii).

A TRUE BILL:

_Jaynne D Gibust_
Foreperson

_Chris Snyl_

CHRISTOPHER A. SNYDER
Assistant United States Attorney

-3-