IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 2:06 CR71 - MEF |
| BERNETTA WILLIS, A/K/A NETTIE, | * | |
| HI-GIRL, LaSHAY | * | [18 USC. § 641 |
| | * | 18 USC. § 1512(a)(2)(A) |
| | * | 18 USC. § 924(c)(1)(A)] |
| Defendant. | * | |

RECEIVED
2006 MAR -9  A 10:
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

## NOTICE OF APPEARANCE

COMES NOW, Maurice S. Bell, and hereby gives his Notice of Appearance as Counsel representing Bernetta Willis, a/k/a Nettie, Hi-Girl, LaShay in the above matters.

Respectfully submitted this 7th day of March, 2006.

_____
Maurice S. Bell
Attorney for Defendant
609 S. McDonough Street
Montgomery, Alabama 36104
(334) 262-2719

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the Honorable United States Attorney, Leura Garrett Canary, One Court Square, Suite 201, Post Office Box 197, Montgomery, Alabama 36101-0197 by placing a copy of same in the United States Mail, postage prepaid, addressed as above, her last known address on this 7th day of March, 2006.

_____
Maurice S. Bell