IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:06-CR-71-MEF |
| | * | |
| **BERNETTA WILLIS,** | * | |
| | * | |
| Defendant | * | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

_____Comes now Bruce Maddox, attorney of record in the above styled cause, and moves to withdraw as the attorney of record in the above styled cause and as grounds therefor says as follows:

1.That Attorney Maurice S. Bell filed a Notice of Appearance on March 9, 2006.

Respectfully submitted this the 13th day of March, 2006.

_____
Bruce Maddox
Attorney for Defendant

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax:  (334)260-9600

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
|   Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:06-CR-71-MEF |
| | * | |
| **BERNETTA WILLIS,** | * | |
| | * | |
|   Defendant | * | |

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading upon the District Attorney by personal service or by U. S. Mail, properly addressed and postage prepaid on this the 13th day of March, 2006.

_____
Of Counsel