IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, HI-GIRL, LaSHAY | ) ) | |

### ORDER ON MOTION

Upon consideration of Atty. Maurice S. Bell's *Notice of Attorney Appearance* (Doc. 23, filed March 9, 2006) and the *Motion to Withdraw as Attorney of Record* filed by Atty. Bruce Maddox on March 13, 2006 (Doc. 24), it is hereby

**ORDERED** that the *Motion* is GRANTED. Accordingly, the clerk is ORDERED to designate Atty. Maurice S. Bell as the counsel of record for Defendant Willis.

DONE this 15th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE