IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

UNITED STATES OF AMERICA )
)
)
v )
_Bernetta Willis_ ) CR. NO. _2:06CR71MEF_
)

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Bernetta Willis_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

March 15, 2006
**DATE**

_[signature]_
**DEFENDANT**

_[signature]_
**ATTORNEY FOR DEFENDANT**