**COURTROOM DEPUTY'S MINUTES**      DATE: 3-15-2006

**MIDDLE DISTRICT OF ALABAMA**      DIGITAL RECORDING: *11:11 — 11:22 am*
                                     COURT REPORTER:

✔ **ARRAIGNMENT**      ☐ **CHANGE OF PLEA**         ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NUMBER: 2:06cr71-MEF          DEFENDANT NAME: Bernetta WILLIS
AUSA: Snyder                       DEFENDANT ATTORNEY: Maurice Bell

                                   Type counsel ( )Waived; (✔)Retained; ( )CJA; ( )FPD
                                   ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✔)NO; ( )YES    Name:  *Notice Given*

---

☐ This is defendant's **FIRST APPEARANCE.**

☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.

☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:      ✔ **Not Guilty**

           ☐ **Guilty as to:**

               ☐ **Count(s):**

               ☐ **Count(s):**                    ☐ **dismissed on oral motion of USA**

                                                  ☐ **to be dismissed at sentencing**

☐ Written plea agreement filed   ☐ **ORDERED SEALED**

☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

☐ **CRIMINAL TERM:**            ☐ WAIVER OF SPEEDY TRIAL filed.
          **DISCOVERY DISCLOSURE DATE:** *3-15-06*

✔ **ORDER:** Defendant continued under ✔ same bond; ☐ summons; for:

          ✔ Trial on *12-4-06*; ☐ Sentencing on _____

☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ☐ Trial on _____; or ☐ Sentencing on _____

☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed

                     ☐ Defendant requests time to secure new counsel