In the United States District Court For
The Middle District of Alabama
Northern Division

United States of America

v.

Bernetta Willis, a/k/a Nettie,
Hi-Girl, Lashay

2:06-CR-0071-MEF

RECEIVED 2006 MAR 23 A 10 43
P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

<u>Motion to Request Court appointed Attorney</u>

I Bernetta Willis is Requesting to be Appointed A Court Appointed Attorney. Because My family hired me a lawyer that I can not afford. So can I please be Appointed one by the Court.

Respectfully Submitted

Name Bernetta Willis

address 3717 Princeton Rd

Montgomery AL 36111

Date 3-23-06

## Certifiate Of Service

I hereby certify that on this 3-1 day of 23 2006 A copy of this (title of document) was hand delivered to the U.S Attorney Office, 1 court Square Montgomery AL 36104.

*Burnett Willes*