IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | 2006 MAR 23 P 3: 17 |
| | * | DEBRA P. HACKETT, CLK |
| vs. | * | U.S. DISTRICT COURT |
| BERNETTA WILLIS, A/K/A NETTIE, HI-GIRL, LaSHAY | * | CASE NO. 2:06 CR 71 MEF |
| | * | [18 USC. § 641 |
| | * | 18 USC. § 1512(a)(2)(A) |
| | * | 18 USC. § 924(c)(1)(A)] |
| Defendant. | * | |

## MOTION TO WITHDRAW

Comes Now, Maurice S. Bell, Attorney for the Defendant, and moves this Honorable Court to allow him to withdraw as Attorney of Record for Bernetta Willis, a/k/a Nettie, Hi-Girl, LaShay, and as grounds Counsel states as follows:

a. The Defendant entered into a fee arrangement to retain the services of this Attorney regarding representation in a criminal complaint, Case No.2:06 MJ10-Sew. Defendant paid a small retainer and promised to pay the balance thereafter;

b. Since the initial fee arrangement, the Defendant acquired additional charges which required an additional fee, which Defendant agreed to pay;

c. However; Defendant, realizing she would be unable to fulfill attorney fee arrangements, informed this Attorney that she had filed a motion this date with this Honorable Court to appoint her an attorney;

d. There no longer exists an Attorney and Client relationship between the parties.

WHEREFORE, these premises considered, it is respectfully requested that this Honorable Court grant this Motion to Withdraw.

Respectfully submitted this 23rd[th] day of March, 2006.

_/s/ Maurice S. Bell_
Maurice S. Bell

Attorney for Defendant
609 S. McDonough Street
Montgomery, Alabama 36104
(334) 262-2719

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion To Withdraw upon the Honorable United States Attorney, Leura Garrett Canary, One Court Square, Suite 201, Post Office Box 197, Montgomery, Alabama 36101-0197 by placing a copy of same in the United States Mail, postage prepaid, addressed as above, her last known address on this 23rd day of March, 2006.