IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

## ORDER ON MOTIONS

Upon consideration of the *Motion to Request Court Appointed Attorney,* filed *pro se* by Defendant Willis (Doc. 30, March 23, 2006), and the *Motion to Withdraw,* filed by Atty. Maurice S. Bell (Doc.31, March 23, 2006), it is

**ORDERED** that *each motion* is **GRANTED**

On January 31, 2006 the defendant submitted a financial affidavit in support of her application for appointment of counsel(Doc. 5). The affidavit and representations in her pending *Motion* demonstrate her eligibility for appointment of competent counsel. It is, therefore,

**ORDERED** that *CJA Panel Attorney Banks Thomas Smith*, having been appointed initially and conditionally, is **now re-appointed to represent the defendant** in all proceedings. Appointed counsel shall file a written notice of appearance with this court. *The Clerk shall ensure* that appointed counsel is transmitted forthwith not only this appointment order but also the Indictment (Doc. 20) and the arraignment order (Doc. 27) *Appointed counsel is directed* to examine forthwith the dates scheduled for the pretrial

conference and jury trial herein – each date having been set to accommodate conflicts of retained defense counsel- and to ascertain promptly after conference with the assigned United States Attorney whether the trial date should be set sooner than the presently scheduled term commencing on December 4, 2006. Appointed counsel is hereby reminded to secure forthwith from previous counsel the discovery disclosures made already by the United States and to confer independently with the assigned Assistant USA to ensure that he has received all discovery.
.

    DONE this 24th day of March, 2006.

                                            /s/ Delores R. Boyd

                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE