IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO. 2:06mj-10-CSC |
| ) | |
| BERNETTA LASHAY WILLIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PRODUCTION OF TRANSCRIPT**

COMES now the Defendant, Bernetta Lashay Willis in the above styled matter, by and through counsel, and requests this Honorable Court to produce the following:

1. Transcript of a preliminary hearing believed to have occurred on February 6, 2006 with the Honorable Judge Coody. Defendant requests that the record be produced at the government's expense, as the defendant is indigent and has an appointed counsel representing her.

2. Defendant further requests this transcript be produced at government expense, due to the fact that the current counsel is appointed and neither tried, nor attended that hearing. Said transcript is necessary for his preparation and understanding of the Defendant's case.

Requested this the 10th day of May, 2006

/s/ Banks T. Smith
BANKS T. SMITH (SMI 101)
Attorney for Defendant
HALL, SMITH, PRIM & FREEMAN, P.A.
P.O. Box 1748
Dothan, AL 36302-1748
334-793-3610
FAX 334-671-1843
bsmith@hallsmith.com

**CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that I have served a copy of the foregoing document to the Christopher A. Snyder, Asst. U.S. Attorney, by electronically filing this document with the Clerk of Court, this the 10th day of May, 2006.

            /s/ Banks T. Smith
            BANKS T. SMITH (SMI 101)
            Attorney for Defendant
            HALL, SMITH, PRIM & FREEMAN, P.A.
            P.O. Box 1748
            Dothan, AL  36302-1748
            334-793-3610
            FAX 334-671-1843
            bsmith@hallsmith.com