IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr0071-MEF |
| **BERNETTA WILLIS** a/k/a Nettie, Hi-Girl, LaShay | ) ) ) ) | |

### Response to Defendant's Motion for Transcript

The United States does not object to Defendant's request for a copy of the detention hearing transcript. Additionally, the United States will provide a copy if the Court so desires.

Respectfully submitted this the 11th day of May, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Banks T. Smith

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney