IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

### ORDER ON MOTION

After due consideration of Defendant's *Motion for Production of Transcript* (Doc. 35) and the Government's *Response to Defendant's Motion for Transcript* (Doc. 36), both filed May 11, 2006, and for good cause, it is

**ORDERED** that the *Motion* is **GRANTED.** The Government shall provide the Defendant, **on or before May 19, 2006,** with a copy of the transcript for the February 6, 2006, preliminary and detention hearing

DONE this 15th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE