**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )    **CASE NO. 2:06CR71-1** |
| | ) |
| **BERNETTA LASHAY WILLIS,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR MENTAL COMPETENCY EXAMINATION**

COMES NOW the Defendant, Bernetta Lashay Willis, by and through undersigned

counsel, Banks T. Smith and pursuant to 18 U.S.C. § 4241(a)(b) and 18 U.S.C. §4247(b),

respectfully requests that an inpatient psychological and/or psychiatric examination be made of

Ms. Willis, and for grounds therefore states as follows:

1.    That the Defendant has informed her Counsel that she is on Social Security

Disability relating to some type of mental disease or defect.

2.    Upon Counsel's observation and discussions with the Defendant, he is of the

opinion that the she might not fully understand the issues surrounding her

particular circumstances, and therefore it affects her ability to aid Counsel.

3.    Counsel would further show unto this Court that Defendant is indigent and has

been appointed Counsel by this Court.

4.    Defendant requests that appropriate funding be provided in order to complete said

testing.

5.    Defendant further requests the Court allow her to remain under the condition of

her release and obtain said psychological and/or psychiatric evaluation on an

outpatient basis.

**WHEREFORE**, Counsel for the Defendant requests this Court to approve the

psychological evaluation of the Defendant with Dr. Theron Covin and the costs therein, on an

outpatient basis in coordination with U.S. Probation Officer.

Respectfully submitted,

/s/ Banks T. Smith_____
BANKS T. SMITH [SMI-101]
Attorney for Defendant

OF COUNSEL:
HALL, SMITH & JONES
360 North Oates Street
P.O. Box 1748
Dothan, AL 36302
Tel: 334-793-3610
Fax: 334-671-1843

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Karl David Cooke, Jr.
Assistant U.S. Attorney
One Court Square
Suite 201
Montgomery, Alabama 36104

/s/ Banks T. Smith_____
OF COUNSEL