IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

**ORDER ON MOTION**

Defendant's *Motion for Mental Competency Examination* (Doc. 38 ,June 6, 2006) requests approval for Defendant's "psychological evaluation [with] Dr. Theron Covin and the costs therein, on an outpatient basis in coordination with U.S. Probation Officer. The Government's *Response* (Doc. 39, June 6, 2006) reports that it "does not object to the request of a psychological evaluation."

For good cause, it is

**ORDERED** that the Motion is set for hearing by telephone conference at 10:30 a.m. on June 16, 2006. Defense counsel shall arrange the conference with counsel for the United States and the court.

Defense Counsel shall be prepared (a) to clarify whether the evaluation will be "inpatient" as referenced in the preamble to his motion or "outpatient" as referenced in the "wherefore" clause; (b) to provide details on the credentials of, and address for, Dr. Covin , the nature and projected course of his evaluation, and his projected costs; (c ) to advise whether the issue of his client's mental competence relates solely to her ability to assist counsel with her defense at the present time and/or her competence at the time of the offense indicted.

Government counsel shall be prepared to advise if the United States intends to accept this psychological evaluation in lieu of requesting any supplemental evaluations at a federal facility

designated for that purpose. As governmental funds have been requested for Dr. Covin's evaluation and will be expended for any evaluation requested by the United States, pursuant to its statutory privileges, this court is obliged to be conservative of the taxpayers' limited resources for this purpose.

DONE this 12th day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE