IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __6-16-2006__ AT __10:46__ (A.M.)/P.M.

DATE COMPLETED __6-16-2006__ AT __11:05__ (A.M.)/P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | (Criminal) |
| BERNETTA WILLIS | ) | Case No. 2:06CR71-MEF |

**PLAINTIFF/GOVERNMENT**: Chris Snyder

**DEFENDANT**: Banks Smith

**COURT OFFICIALS PRESENT**
S. Q. Long, Jr., Clerk

**PROCEEDINGS**            **TELEPHONE CALL**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: DEFT'S MOTION FOR PSYCHIATRIC EXAM

10:46 am, Court convenes. Oral Argument.
11:05 am, Court is recessed.