**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **vs.** | )    **CASE NO. 2:06-CR-71-1** |
| | ) |
| **BERNETTA LASHAY WILLIS,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION TO WITHDRAW

COMES NOW the Defendant in the above-styled matter, by and through undersigned counsel, and hereby files this Motion to Withdraw and as grounds therefore states as follows:

1. That Defendant's Counsel has accepted a full time teaching position effective, August 1, 2006 and will be closing his practice effective, July 31, 2006.

**WHEREFORE**, the above premises considered, Defendant's Counsel respectfully requests that this Honorable Court to allow him to withdraw as attorney for the Defendant.

Respectfully submitted this the 23rd day of June, 2006.

                                                         /s/ Banks T. Smith
                                                       BANKS T. SMITH [SMI-101]
                                                       Attorney for Defendant

OF COUNSEL:
HALL & SMITH, P.A.
360 North Oates Street
P.O. Box 1748
Dothan, AL 36302
Tel: 334-793-3610
Fax: 334-671-1843

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Karl David Cooke, Jr.
Assistant U.S. Attorney
One Court Square
Suite 201
Montgomery, Alabama 36104

                                                /s/ Banks T. Smith_____
                                                OF COUNSEL