IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

## ORDER ON MOTION

For good cause, it is

**ORDERED** that the *Motion to Withdraw* filed on June 23, 2006, by defendant's counsel of record, Banks T. Smith (Doc. 43) is DENIED without prejudice for reconsideration upon notice of his compliance with the court's ORDER entered June 16, 2006 (Doc. 42).

DONE this 23rd day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE