**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CASE NO. 2:06-CR-71-1 |
| | ) |
| **BERNETTA LASHAY WILLIS,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW

COMES NOW the Defendant in the above-styled matter, by and through undersigned counsel, and hereby files this Motion to Withdraw and as grounds therefore states as follows:

1. That Defendant's Counsel has accepted a full time teaching position effective, August 1, 2006 and will be closing his practice effective, July 31, 2006.

2. Pursuant to Judge Boyd's Order of June 16, 2006, Defendant's Counsel has complied with said Order as follows: (1) Defendant requested all records and reports from Defendant's Social Security case and will submit same to her new Counsel when obtained; (2) Counsel has secured the name of Timothy Halstrom from the CJA panel attorney as identified by the Federal Defender as his successor; (3) Defendant's Counsel has prepared for successor counsel a memorandum relating the basis for his concerns regarding defendant's competency and will make relevant records available to him promptly upon his appointment.

**WHEREFORE**, the above premises considered, Defendant's Counsel respectfully requests that this Honorable Court to allow him to withdraw as attorney for the Defendant.

Respectfully submitted this the 28th day of June 2006.

/s/ Banks T. Smith_____
BANKS T. SMITH [SMI-101]
Attorney for Defendant

OF COUNSEL:
HALL & SMITH, P.A.
360 North Oates Street
P.O. Box 1748
Dothan, AL 36302
Tel: 334-793-3610
Fax: 334-671-1843

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Karl David Cooke, Jr.
Assistant U.S. Attorney
One Court Square
Suite 201
Montgomery, Alabama 36104

/s/ Banks T. Smith_____
OF COUNSEL