# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 2:06cr0071-MEF** |
| ) | |
| **BERNETTA WILLIS** ) | |
| a/k/a Nettie, Hi-Girl, LaShay ) | |
| ) | |

### RESPONSE TO DEFENDANT'S SECOND MOTION TO WITHDRAW

The United States does not object to Defendant's Second Motion to Withdraw, Doc. #45, but would request a copy of the Defendant's social security records mentioned in paragraph two of the Motion to the extent they will be used to support the Defendant's prior competency motion.

Respectfully submitted this the 29th day of June, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr0071-MEF |
| **BERNETTA WILLIS** a/k/a Nettie, Hi-Girl, LaShay | ) ) ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Banks T. Smith.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov