IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

### ORDER ON MOTION

For good cause shown in the second *Motion to Withdraw* filed June 28, 2006, by Banks T. Smith, present counsel of record for the Defendant (Doc. 45), and upon consideration of the *Response* indicating the United States' lack of opposition to the *Motion* (Doc. 46), it is

**ORDERED** that the *Motion to Withdraw* is **GRANTED**. An Order appointing successor counsel is filed herewith.

DONE this 5th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE