IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

### ORDER APPOINTING COUNSEL

For good cause arising from the withdrawal of defense counsel Banks T. Smith, Jr., it is

**ORDERED** that **CJA Panel Attorney Timothy Halstrom** is hereby appointed to represent Defendant Willis, and he is directed

(a) *to file* a Notice of Appearance by July 8, 2006;

(b) *to secure* from Atty. Smith, and *to review promptly*, all records and documents relevant to defendant's competency; and

( c ) *to make* a final determination by July 28, 2006, whether any competency evaluation is warranted. *Before filing any motion* similar to the Motion for Mental Competency Examination filed on June 6, 2006 (Doc. 38), defense counsel shall confer with the assigned prosecutor to ascertain the likelihood that the United States will seek an in-custody evaluation in response to any competency finding by a psychiatrist or psychologist selected by defendant; counsel shall inform defendant of the United States' intent prior to filing any motion.

DONE THIS 5TH DAY OF JULY, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE