# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **PLAINTIFF** | * |
| | * |
| v. | *   CR. NO. 2:06-CR-0071-MEF |
| | * |
| **BERNETTA WILLIS,** | * |
| **DEFENDANT** | * |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, Bernetta Willis. Further, Defendant prays pleadings, notices and orders pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, July 6, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Demario Campbell

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 6, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys.

/s/Timothy C. Halstrom  
Timothy C. Halstrom  
Bar Number HAL021
