# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern  ☐ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 7-17-2006 | @ 11:08 ☒ a.m. ☐ p.m |
| DATE COMPLETED 7-17-2006 | @ 11:17 ☒ a.m. ☐ p.m |

CASE NO. 2:06CR71-MEF

UNITED STATES OF AMERICA    VS.    BERNETTA WILLIS
*Plaintiff(s)*                      *Defendant(s)*

### APPEARANCES

**Plaintiff(s)/Government**
Chris Snyder

**Defendant (s)**
Tim Halstrom

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference   ☐ Oral Argument       ☐ Evidentiary Hrg.
☐ Revocation          ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.   ☐ Sentencing
☐ Non-Jury Trial      ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ **Pretrial Conference**
Pending Motions:
Discovery Status:                 Plea Status:
Trial Status/Length: 2-3 Days   Trial Term: 12-4-06