IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-00071-MEF |
| | ) | |
| BERNETTA WILLIS | ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on July 17, 2006, before the undersigned Magistrate Judge, were Timothy C. Halstrom, defense counsel, and Assistant United States Attorney, Christopher Snyder, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **December 4, 2006.** The trial of this case is set for the **trial term commencing on December 4, 2006**, before Chief United States District Judge Mark E. Fuller and is expected to last three trial days.

2. No motions are currently pending.

3. Proposed **voir dire questions** shall be filed on or before **November 27, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **November 27, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **November 27, 2006**.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless **notice is filed on or before noon on November 22, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on December 4, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on December 4, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 18th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE