IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-0071-MEF |
| | * | |
| **BERNETTA WILLIS,** | * | |
| **DEFENDANT** | * | |

## NOTICE OF NON-FILING FOR MENTAL COMPETENCY EXAMINATION

Comes now the undersigned and, pursuant to this Court's Order of July 5, 2006 and after consultation with Defendant, gives notice unto the court that Defendant does not desire to file a motion for mental competency examination for a determination of her competency to stand trial or on the issue of whether she is capable of assisting her counsel in her defense. Defendant stands on her plea of not guilty on the facts of this case and has no interest in defending on the grounds of mental deficiency, defect, insanity, or lack of mental capacity.

From all appearances, the issue surrounding the possibility of filing a motion for psychological evaluation was raised by previous counsel more as a matter of precaution rather than on the actual substance of such a motion. The undersigned conferred with Defendant for over three (3) hours and concludes that Defendant is entirely capable of rendering valuable assistance to him during the course of his representation of her on the charges brought against her by the United States.

Counsel has not received any further records or documents relevant to defendant's

competency. Based upon the foregoing, the undersigned counsel found the matter moot and, therefore, unnecessary to discuss the matter further with AUSA Mr. Snyder.

Respectfully submitted this day, July 25, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties and their attorneys.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021