**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| **v.** | * | **CR. NO. 2:06-CR-0071-MEF** |
| | * | |
| **BERNETTA WILLIS,** | * | |
| **DEFENDANT** | * | |

**MOTION TO MODIFY CONDITIONS OF SUPERVISION**

Comes now Defendant, by and through her counsel of record, and moves the Court to Modify the conditions of supervision by placing Defendant on curfew and in support thereof states as follows:

1.   On February 6, 2006, Defendant was placed on bond on condition that she be subject to  monitoring by Pre-trial Services.

2.   Due to circumstances surrounding her care for her five minor children, it has become impractical to continue Defendant on the monitoring system and, after consultation with Mr. Ross of Pre-Tial Services, it is suggested that the Court modify the conditions of Defendant's Bond by placing her on a curfew requiring her to be in her home between the hours of 7:00PM and 7:00AM.

Respectfully submitted this day September 11, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:

Timothy C. Halstrom

Bar # HAL021

Attorney At Law

4170 Lomac Street

Montgomery, Alabama 36106

(334)272-6464

(334)244-7474 - fax

halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006 filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys.

/s/Timothy C. Halstrom

Timothy C. Halstrom

Bar Number HAL021