IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:06-CR-0071-MEF-DRB |
| ) | |
| BERNETTA WILLIS, a/k/a NETTIE, ) | |
| HI-GIRL, LaSHAY ) | |

### ORDER

Upon review of Defendant's *Motion to Modify Conditions of Supervision* (Doc. 56, filed September 11, 2006), it is

**ORDERED** that the United States and the assigned Pre-Trial Services officer respond by September 14, 2006, to show any cause why this motion should not be granted.

DONE this 11th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE