IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-0071-MEF-DRB |
| | ) | |
| BERNETTA WILLIS, a/k/a NETTIE, | ) | |
| HI-GIRL, LaSHAY | ) | |

## ORDER ON MOTION

For the good cause presented, it is

**ORDERED** that the *United States' Motion for Extension of Time to File Response to Order to Show Cause,* filed September 12, 2006 (Doc 58), is GRANTED to the extent that the September 14 deadline is extended to and including September 18, 2006.

DONE this 13th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE