UNITED STATES GOVERNMENT
# MEMORANDUM

**TO:**  The Honorable Delores R. Boyd
United States Magistrate Judge

**REPLY TO ATTN OF:**  Willie Bernard Ross, Jr.
Senior United States Probation Officer

**SUBJECT:** **Response to Motion to Modify Conditions of Supervision**

**DATE:** September 13, 2006

**SUPERVISION HISTORY:**
Willis was originally released on a $25,000 unsecured bond with conditions including electronic monitoring on February 6, 2006. Barring some adjustments to being on electronic monitoring regarding circumstances surrounding the care for her five children and her own reported medical issues, Willis has complied with her conditions of release and this officer is unaware of any further violations.

**RECOMMENDATION:**
It is this officer recommendation that the court accepts the defendant's motion to modify conditions of supervision and lower the level of electronic monitoring to "CURFEW" status. Please note that appropriate efforts shall be made to continue supervising the defendant.

Respectfully submitted,

Willie Bernard Ross, Jr.
Senior United States Probation Officer

Reviewed and approved: _Andrea Wood_
Supervising U.S. Probation Officer

WBR