### MEMORANDUM OF TELEPHONE INTERVIEW

CASE NUMBER:                     1194-1597177 MF(1)

PERSON INTERVIEWED:              Nettie

SOCIAL SECURITY NUMBER:

DATE OF BIRTH:

PLACE OF INTERVIEW:              5331 Lola Lane
                                 Montgomery, AL 36108

DATE OF INTERVIEW:               July 13, 2006

INTERVIEWED BY:                  U. S. Postal Inspector D. H. Dirmeyer


On July 13, 2006, Postal Inspectors Jim Tynan and David Dirmeyer went to 5331 Lola Lane in Montgomery to interview ███████. Inspectors spoke to Curnell Gordon and Lakeyta Warner and learned that ███████ no longer lives at 5331 Lola Lane.

At the request of the Postal Inspectors, Curnel Gordon and Lakeyta Warner used their cellular telephones to locate and contact ███████. During the course of the telephone calls placed by Mr. Gordon and Ms. Warner, telephonic contact was made with a person identified by Ms. Warner as Bernetta Willis AKA "Nettie". Nettie asked to speak to Inspector Dirmeyer.

Using Ms. Warner's cell phone, Inspector Dirmeyer spoke to a person that identified herself as Nettie. Nettie spoke rapidly in a loud voice and repeated her comments several times. She exclaimed that Eloise Curry and Curnel Gordon were liars. She said Eloise Curry committed FEMA fraud. Nettie said she (Nettie) did not have anything to do with FEMA fraud. Nettie said she planted drugs in Eloise Curry's house and called the police and told them drugs were in the house.

The following is an approximate quotation, "I didn't do any of that FEMA shit, I don't lie like that. She (Eloise Curry) is a liar. I didn't do any of that FEMA shit but I did put that dope in her house. I ain't gonna lie about that."


D.H. Dirmeyer
Postal Inspector