IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr71-MEF |
| | ) | |
| BERNETTA WILLIS | ) | |

**ORDER**

Upon consideration of the motion to modify conditions of supervision (doc. # 56) filed by the defendant, it is

ORDERED that a hearing be and is hereby set on September 26, 2006, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 22nd day of September, 2006.


                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE