IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
|     **PLAINTIFF** | * | |
| | * | |
|     v. | * | CR. NO. 2:06-CR-0071-MEF |
| | * | |
| **BERNETTA WILLIS,** | * | |
|     **DEFENDANT** | * | |

## NOTICE OF COMPLIANCE

Comes now the undersigned and, pursuant to this Court's directive in open court on September 26, 2006 gives notice to the Court that Counsel for Defendant has conferred with Pre-Trial Services Officer Bernard Ross and AUSA Chris Snyder and submits the attached proposed order for the Court's review.

Respectfully submitted this day, September 26, 2006.

 

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties and their attorneys.

                                                 /s/Timothy C. Halstrom
                                                 Timothy C. Halstrom
                                                 Bar Number HAL021