IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-0071-MEF |
| | * | |
| **BERNETTA WILLIS,** | * | |
| **DEFENDANT** | * | |

**ORDER**

This matter comes before the Court upon Defendant's <u>Motion to Modify Conditions of Supervision</u>. The Court, having received evidence and heard arguments from the parties' counsel of record, is of the opinion that Defendant's motion is due to be granted. It is therefore ordered that this Court's Order of February 6, 2006 be modified as follows:

1. Defendant is to continue to be monitored by Pre-trial services between the hours of 7:00PM and 7:00AM under the same conditions as previously ordered.

2. Defendant may attend to matters directly concerning (a) the health, (b) education, and (c) general well-being of her five minor children between the hours of 7:00AM and 7:00PM without first obtaining specific permission of pre-trial services. Defendant may also attend to her own (d) medical and (e) legal matters without first obtaining specific permission from pre-trial services between the hours of 7:00AM and 7:00PM.

3. At all other times during the day and evening, Defendant must remain under the Court's home confinement system. She may not attend to or conduct herself in any matters other than the ones enumerated in paragraph two or under such circumstances as are covered under Defendant's Home Confinement Program without the prior permission of pre-trial services.

4. Defendant must take the most direct route possible to accomplish any matters enumerated in paragraph two or any other activity sanctioned by her Pre-trial services officer.

5.   Should it be determined upon information from pre-trial services that Defendant is abusing the freedom of movement afforded her by this order, Defendant will be subject to revocation.

6.   All other conditions of the Defendant's pre-trial release previously ordered shall remain the same and in full force.

Done this the ____ day of September, 2006.

_____
Charles S. Coody,
United States Magistrate Judge