# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA | |
| DATE COMMENCED: 9/25/06 | AT | 9:00 a.m. To 9:42 a.m. | |
| DATE COMPLETED: 9/25/06 | AT | Digital Recorded | |

UNITED STATES OF AMERICA        *
                                *
    Plaintiff                   *
                                *
VS.                             *    CASE NO.: 2:06CR71-MEF
                                *
BERNETTA WILLIS                 *
                                *
    Defendant                   *

**GOVERNMENT**                  **APPEARANCES:**                **DEFENDANT**

Atty. Christopher Snyder                                        Atty. Timothy Halstrom

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA STINSON            **LAW CLERK:** CORRIE LONG

( X ) OTHER PROCEEDINGS: **MOTION HRG. ON MOTION TO MODIDFY CONDITIONS OF RELEASE**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Hrg on Motion to Modify Conditions of Release - 06cr71-MEF
**Date:** 9/26/2006    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:00:19 AM | Court | Court convenes; parties present as noted; Discussion as to deft's motion to modify conditions of release and the Govt. possible req. for detention; |
| 9:00:36 AM | Atty. Snyder | Addresses the court; |
| 9:00:46 AM | Atty. Halstrom | Addresses the court and as to the motion to modify conditions of release; |
| 9:04:45 AM | Atty. Snyder | States government's position; |
| 9:06:39 AM | Atty. Halstrom | Response as to evidence to present; |
| 9:06:55 AM | Court | Would like to hear from the govt. on the evidence; |
| 9:07:08 AM | Atty. Halstrom | Addresses the court as to communications with government's agents with deft; Counsel was not contacted regarding the conversation they had with deft; |
| 9:08:04 AM | Court | Response; |
| 9:08:17 AM | Atty. Synder | Response regarding contact with deft by agents; Calls David Dirmeyer, Postal Inspector, witness sworn and seated; Discussion as to investigation involving deft; |
| 9:12:50 AM | Atty. Halstrom | Cross - examination; |
| 9:17:30 AM | Court | Witness is excused; |
| 9:17:35 AM | Atty. Snyder | Calls Corpl. R. J. Steelman, w/City of Montg,; witness is sworn and seated; |
| 9:20:54 AM | Atty. Halstrom | Cross-examination; |
| 9:21:43 AM | Atty. Snyder | Re- direct; |
| 9:21:58 AM | Atty. Halstrom | Re- cross examination; |
| 9:23:15 AM | Court | Witness is excused; |
| 9:23:20 AM | Atty. Snyder | Calls Bernard Ross, USPO; witness is sworn and seated; Discussions as to problems with the deft as to electronic monitoring, etc.; Discussion and review of Govt. Exh. #2; Move to admit Govt. Exh. #2; |
| 9:27:50 AM | Aty. Halstrom | Objection, it has not authenticated as to who received it or where it came from; |
| 9:27:53 AM | Court | I don't know what it is; |
| 9:28:03 AM | Witness | At the top it saids Chris Snyder; it saids forwarded by Jackie Caple of my office. |
| 9:28:15 AM | Atty. Snyder | Cont'd testimony; Moved to admit Govt. Exh. #2; |
| 9:28:45 AM | Atty. Halstrom | Objection; not admissible evidence; |
| 9:29:00 AM | Court | Will allow it; |
| 9:29:07 AM | Atty. Snyder | Cont'd testimony; |
| 9:32:12 AM | Atty. Halstrom | Cross - examintion; |
| 9:38:05 AM | Court | Witness is excused; |
| 9:38:10 AM | Atty. Snyder | Nothing further from the Govt. |
| 9:38:10 AM | Atty. Halstrom | Nothing further from the deft; |
| 9:38:10 AM | Court | Discussions as to the govt. contention that the deft planted drugs at her mother's house; Discussion of purpose of motion to assist in care of her children; Question as to why two of her children are present here today on a school day; |

| | | |
|---|---|---|
| 9:39:44 AM | Atty. Halstrom | It's one child, the other is her sister; The child has had some difficulty in school and is not allowed back; |
| 9:40:09 AM | court | The ask that Mr. Ross, Mr. Halstrom and Mr. Snyder get together and draft language which would place her on curfew, but in such way to permit her to leave her residence only for the purpose of transporting her children to and from school, medical care, religious activities, that will permit her to go to the grocery store, that it be done by the most direct route, otherwise she is to be at home; |
| 9:41:27 AM | Atty. Halstrom | Addresses the court; |
| 9:41:34 AM | Court | She is to do the things necessary for the care of her children; |
| 9:41:59 AM | Mr. Ross | Addresses the court; |
| 9:42:22 AM | Court | parties advised to get together to come up with some language that acomplishes that and submit it to the court. |
| 9:42:49 AM | Court | Court is recessed. |