IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | CR NO.:   2:06CR71-MEF |
| BERNETTA WILLIS | * | |
| | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                                        **DEFENDANT**

1. Mr. David Dirmeyer, Postal Inspector

2. Corporal R. J. Steelman

3. Mr. Bernard Ross, USPO