AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA
V.
BERETTA WILLIS

## GOVERNMENT'S EXHIBIT LIST

Case Number: 2:06CR71-MEF

| PRESIDING JUDGE | GOVERNMENT'S | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHARLES S. COODY | CHRISTOPHER SNYDER | TIMOTHY HALSTROM |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| MOTION HEARING RE: MOTION TO MODIFY CONDITIONS | | WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 9/25/06 | 9/25/06 | 2 | BERNARD ROSS | NO | MEMO TO CHRISTOPHER SNYDER FROM JACKIE C. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELO |
| | | | | | | WITH COURT FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Snyder, Christopher A. (USAALM)

**Subject:** RE: MEMO TO FILE: RE - Bernetta Willis

----- Forwarded by Jacquelyn Caple/ALMP/11/USCOURTS on 07/14/2006 03:04 PM -----
**Jacquelyn Caple/ALMP/11/USCOURTS**

06/29/2006 04:57 PM

To Bernard Ross/ALMP/11/USCOURTS

cc Jacquelyn Caple/ALMP/11/USCOURTS@USCOURTS

Subject MEMO TO FILE: RE - Bernetta Willis

Eloise Willis Curry came in on yesterday, June 28, 2006, to report her daughter, Bernetta Willis, had been calling her on her telephone and "harassing" her. She reported negative information to ADM SUPPORT Madison. I was duty officer for the day and took the conversation to my office. The statements did not amount to harassment, but rather were derogatory statements about Curry, her health and her appearance. Additional statements were made regarding Willis' assets, her involvement in the FEMA check ring, alleged involvement in "double" money laundering (using illegally received FEMA check money to purchase and distribute drugs in the community) through Roderick Howard, her shooting at Roderick's sister, Valerie or Tasha, a/k/a "Taye", and her close association with an individual identified only as "Tasha". Curry showed her driver license and it reflected she resided at an address known to be involved in the FEMA check ring. She provided proof of ownership of the house and stated Bernetta Willis had assisted her with payments on the house. She stated Willis bragged about receiving up to $90,000 from the FEMA fraud ring and purchased a Suburban with 24" wheels and a Crown Victoria. She further stated that Willis frequently left her home on Princeton Road without your permission, unplugged the EMON unit and brought it with her.

**I informed Curry that I would inform you of the situation and you would instruct Willis NOT to call her mother's home while under your supervision.**

On June 29, 2006, I saw Christopher Snyder in court and while discussing the case on Goldsmith informed him that I happened to have the described visit. The sentencing on Goldsmith revealed the above listed address on Lola Lane as a center for FEMA check receipts. He asked if I would inform FEMA agents about the above detailed visit and Curry's statements. I told him I would make a  note to the file to for preservation of the details.

Jacquelyn P. Caple
Senior United States Probation Officer
Middle District of Alabama
Frank M. Johnson, Jr.
U. S. Courthouse Complex
One Church Street
Montgomery, AL  36104
Telephone: (334) 954-3238
Fax:  (334) 954-3230

GOVERNMENT'S
EXHIBIT
2
PENGAD 800-631-6989