IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | *<br>*<br>* |
| v. | *   CR. NO. 2:06-CR-0071-MEF<br>* |
| BERNETTA WILLIS,<br>DEFENDANT | *<br>* |

### MOTION TO SEAL

Comes now Defendant, Bernetta Willis, and moves the Court to direct the Clerk to place her Ex Parte Application for Funds for Investigation Services previously filed under seal.

Respectfully submitted this day, September 28, 2006.

_____
Timothy C. Halstrom
Attorney for Bernetta Willis

Timothy C. Halstrom
Attorney at Law
Bar # HAL021
4170 Lomac Street
Montgomery, AL 36106
(334)272-9524
(334)244-7474 (fax)
halstromtim@aol.com