# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-0071-MEF |
| | * | |
| BERNETTA WILLIS, | * | |
| DEFENDANT | * | |
| | * | |

## NOTICE OF CLARIFICATION

Comes now Defendant, Bernetta Willis, by and through counsel of record, to clarify Defendant's position as represented to the Court during a hearing on her Motion to Modify Conditions of Supervision. During the course of that hearing, Counsel raised an objection to agents of the Government communicating with Defendant without his knowledge and consent. Counsel also expressed concern that he was not notified about the contact. Upon further review, it is clear that AUSA Snyder did in fact advise counsel of the communication in a letter dated July 24,2006. While counsel remains concerned that agents of the United States would communicate with defendant without the consent of her attorney, counsel expresses his personal regret for any implication that Mr. Snyder was inattentive to his responsibilities with respect to that communication.

Respectfully submitted this day, September 27, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Bernetta Willis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                            /s/Timothy C. Halstrom
                            Timothy C. Halstrom
                            Bar Number HAL021