IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr71-MEF |
| ) | |
| BERNETTA WILLIS ) | |

**ORDER**

Now pending before the court is the defendant's petition to modify conditions of supervision (doc. # 56). On September 6, 2006, the court held an evidentiary hearing and heard arguments from the parties' counsel of record. Upon consideration of the petition, and for good cause, the court concludes that the defendant's motion is due to be granted in part. Accordingly, it is

ORDERED that the defendant's petition to modify conditions of supervision (doc. # 56) be and is hereby GRANTED in part and the Court's Order of February 6, 2006 be and is hereby MODIFIED as follows:

1.   The defendant shall continue to be monitored by Pre-trial Services between the hours of 7:00 p.m. and 7:00 a.m. under the same conditions as previously ordered.

2.   The defendant may attend to matters directly concerning (a) the health, (b) education, and (c) general well-being of her five minor children between the hours of 7:00 a.m. and 7:00 p.m. without first obtaining specific permission of her pre-trial services officer. The defendant may also attend to her own (d) medical and (e) legal matters without first obtaining specific permission from her pre-trial services officer between the hours of 7:00 a.m. and 7:00 p.m.

3. At all other times during the day and evening, the defendant must remain under the Court's home confinement system. She may not attend to or conduct herself in any matters other than the ones enumerated in paragraph two or under such circumstances as are covered under the defendant's Home Confinement Program without the prior permission of a Pre-trial services officer.

4. The defendant must take the most direct route possible to accomplish any matters enumerated in paragraph two or any other activity sanctioned by her Pre-trial services officer.

5. Should it be determined upon information from any pre-trial services officer that the defendant is abusing the freedom of movement afforded her by this order, the defendant shall be subject to revocation of her pre-trial release.

6. All other conditions of the defendant's pre-trial release previously ordered shall remain the same and in full force.

Done this 29th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE