AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

BERNETTA LASHAY WILLIS
CRYSTAL DENISE PHILLIPS
LAURA LEE PHILLIPS

**NOTICE**

CASE NUMBER:  2:06-cr-0071-MEF

TYPE OF CASE:

☐ CIVIL          X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

ARRAIGNMENT - Courtroom 4A

X **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | October 25, 2006, 10:00 AM | OCTOBER 18, 2006, 11:00 AM |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 17, 2006
DATE

(BY) DEPUTY CLERK