DIGITAL RECORDING: 11:02 – 11:10 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO.: 2:06CR71-MEF | DEFT. NAME: Bernetta Lashay WILLIS |
| USA: Snyder | ATTY: Tim Halstrom |
| | Type Counsel: ( ) Retained; (Panel CJA) ( ) Waived; ( ) CDO  ( ) Stand In ONLY |
| USPTSO/USPO: | |

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO _____ YES   NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ☐ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☐ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization – Notice to be filed. |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed – prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | Detention Hearing ☐ held; ☐ set for _____ |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐ BOND EXECUTED (R.40 charges) – deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. ORDERED REMOVED to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury. |
| ☑ karr. | ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of NOT GUILTY entered. |
| | ☑ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: 10-25-06 |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed |