# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Bernetta Willis                                   Case Number: 2:06-cr-071-MEF

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: February 6, 2006

Original Offense: Tampering with a witness, victim, or an informant

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment unless excused by a physician for disability, Avoid all contact with Valerie Howard and/or any individual related to the FEMA investigation, No firearms; Drug testing and/or treatment; Report any law enforcement contact, Refrain from possession of drug paraphernalia, Refrain from acquiring any further debt except for religious, medical, educational or subsistence expenses unless granted permission from the probation officer, Electronic Monitoring, Refrain from excessive alcohol use

Assistant U.S. Attorney: Chris Snyder                              Defense Attorney: Timothy Halstrom

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 1: "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case." | On October 26, 2006, Willis was warned to deter from any contact with Litisha Washington or risk being charged with harboring a federal fugitive, however, on November 17, 2006, USM.J.C. Hamilton reported that upon searching the residence, Litisha Washington was found to be hiding in the master bedroom shower. As a result, she was charged, via complaint, with Title 18, United States Code, Section 1071 - Concealing Person from Arrest - on November 17, 2006. |
| Condition 1: "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case." | On October 26, 2006, Willis was warned to deter from any contact with Litisha Washington, however, on November 17, 2006, Willis was questioned several times concerning the whereabouts of Litisha Washington, however, Willis stated that she did not know of Washington's whereabouts and that she was not in her residence. Upon searching the residence, Washington was found to be hiding in the master bedroom shower. As a result, she was charged, via complaint, with Title 18, United States Code, Section 1001 - False Statements - on November 17, 2006. |

| | |
|---|---|
| Condition J: "Avoid all contact with Valerie Howard and/or any individual related to the FEMA investigation." | On October 26, 2006, Willis was warned to deter from any contact with Litisha Washington, an individual related to the FEMA investigation, however, on November 17, 2006, Washington was found to be hiding in the master bedroom shower of Willis' residence. |

<u>Supervision history of defendant and actions taken by officer:</u> .Willis was originally released on a $25,000 unsecured bond with conditions including electronic monitoring on February 6, 2006. Barring some adjustments to being on electronic monitoring regarding circumstances surrounding the care for her five children and her own reported medical issues. Prior to the violation, this officer is unaware of any violations.,

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by   *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: November 21, 2006

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date