IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR071-MEF |
| | ) | |
| BERNETTA WILLIS | ) | |

**ORDER ON MOTION**

On November 22, 2006, pursuant to Fed. R. Crim. P. 32.1, the court held a preliminary hearing in this case, and with the Defendant's counseled concurrence, consolidated the hearing with a requested revocation hearing on the *Petition* filed November 21, 2006, construed as a *Motion for Revocation of Pretrial Release Supervision. (*Doc. 121). Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that the defendant has violated the conditions of her release as charged. Accordingly, it is

**ORDERED** that the defendant, Bernetta Willis, be held to answer the charges against her in this court.

Done this 22nd day of November, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE