**COURTROOM DEPUTY MINUTES**    DATE: 11-22-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 10:40 am   12:25 pm

- [x] **INITIAL APPEARANCE** ON REVOCATION PETITION
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [x] **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO.: 2:06CR71-MEF | DEFT. NAME: Bernetta WILLIS |
| USA: Snyder | ATTY: Tim Halstrom |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY |
| USPTSO/**USPO**: Ross | |

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ☒ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☐ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. ORDERED REMOVED to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☐ karr. | ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed |

Page: 2
Date: 11-22-2006
Case No: 2:06mj129-DRB & 06cr71-MEF

10:47am  Testimony begins.
12:10pm  Parties rest.
         Court finds probable cause on both counts as to revocation petition and to complaint. Court finds that detention is appropriate on the complaint.
12:25pm  Court is recessed.