| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts<br>**WITNESS AND EXHIBIT RECORD** | | | | |
|---|---|---|---|---|---|
| DATE<br>11/22/2006 | CASE NUMBER<br>06cr71-F & 06mj129-B | OPERATOR<br>S. Q. Long, Jr., Courtroom Deputy | | PAGE NUMBER<br>3 | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| John C. Hamilton | Snyder | Halstrom | Yes | Yes | MJ BOYD |
| Edward Kleppinger | Snyder | Halstrom | Yes | No | " |
| Bernard Ross | Snyder | Halstrom | Yes | Yes | " |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |