IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-71-MEF |
| | ) | |
| BERNETTA WILLIS | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on November 28, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Bernetta Willis, to Ed Kleppinger, DHS/OIG, and/or Jason Mann, DHS/OIG, and/or Jim Tynan, United States Postal Inspection Service, on November 29, 2006, through February 29, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Ed Kleppinger, DHS/OIG, and/or Jason Mann, DHS/OIG, and/or Jim Tynan, United States Postal Inspection Service, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of November, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE