IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06CR71-MEF |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |
| CRYSTAL DENISE PHILLIPS | ) | |
| LAURA LEE PHILLIPS | ) | |
| LITASHA WASHINGTON | ) | |

## ORDER

For good cause, it is

**ORDERED** that the final pretrial conference presently set for **January 12, 2007** before Judge Delores R. Boyd be and is hereby set before Judge Charles S. Coody on **January 12, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 5th day of December, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE