IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:06CR71-MEF |
| | ) | |
| BERNETTA WILLIS | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____December 27, 2006,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

**BERNETTA WILLIS**

before the United States District Court at _____One Church Street, Montgomery, AL

in Courtroom 4-B on the __27th__ Day of _____December, 2006_____

at _____10:00 a.m._____

DONE this __14th__ day of December, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Kelli Gregg_
Deputy Clerk