IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr0071-MEF |
| ) | |
| BERNETTA LASHAY WILLIS, ) | |
|    a/k/a "Nettie," "Hot Girl," ) | |
|    "Hottie," "Hi-Girl," "LaShay," ) | |
| CRYSTAL DENISE PHILLIPS, ) | |
|    a/k/a "Bootie Boo, ) | |
| LAURA PHILLIPS, ) | |
|    a/k/a "Goobe," and ) | |
| LITASHA WASHINGTON, ) | |
|    a/k/a "Tasha." ) | |
| ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Superceding Indictment filed on October 11, 2006, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this ___ day of December, 2006.

                                                                                   _____
                                                                                  UNITED STATES DISTRICT JUDGE