IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v. * | CR. NO. 2:06-CR-0071-MEF |
| * | |
| **BERNETTA WILLIS,** * | |
| **DEFENDANT** * | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned and moves the Court for permission to withdraw as counsel of record for Defendant Bernetta Willis and for cause states to the Court that Defendant has retained Valerie Murry Smedley as other and different counsel to represent her in this case (DOC # 151).

Respectfully submitted this day, January 8, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties and their attorneys.

                                                             /s/Timothy C. Halstrom
                                                             Timothy C. Halstrom
                                                             Bar Number HAL021