IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | )   CR. NO.  2:06cr71-MEF |
| | ) |
| BERNETTA WILLIS | ) |

**O R D E R**

Now pending before the court is the motion to allow Attorney Timothy C. Halstrom to withdraw as counsel of record (doc. # 153).  Attorney Valerie Murry Smedley has filed a notice of appearance on the defendant's behalf.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to Attorney Timothy C. Halstrom to withdraw as counsel of record (doc. # 153) be and is hereby GRANTED.

Done this 11th day of January, 2007.

　　　　　　　　　　　　　　　　　　／s／Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE