COURTROOM DEPUTY MINUTES        DATE:  JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA      DIGITAL RECORDED: 1:18 - 1:20

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR-71-MEF-CSC      **DEFENDANT NAME:** BERNETTA WILLIS

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ~~CHRISTOPHER SNYDER~~ *Stephen P. Feaga* | ATTY. VALERIE M. SMEDLEY |

---

✓  **DISCOVERY STATUS:** Complete.

✓  **PENDING MOTION STATUS:** None.

☑  **PLEA STATUS:** possible plea

☑  **TRIAL STATUS:** Will take 4-5 days to try case, if goes to trial

☑  **REMARKS:** Parties advised to get together on readiness for trial