IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-071-MEF |
| ) | (WO) |
| BERNETTA LASHAY WILLIS ) | |
| CRYSTAL DENISE PHILLIPS ) | |
| LAURA PHILLIPS ) | |
| LITASHA WASHINGTON ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Superseding Indictment (Doc. #140) filed on December 13, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE