IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO. 2:06cr0071-MEF |
| ) | |
| BERNETTA WILLIS,        ) | |
|   a/k/a "Nettie," "Hi-Girl,"  ) | |
|   "LaShay,"          ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on March 1, 2006, in the above styled cause, on the following grounds, to wit:

Second Superseding Indictment filed.

Respectfully submitted this the 17th day of January, 2007.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr0071-MEF |
| BERNETTA WILLIS,<br>    a/k/a "Nettie," "Hi-Girl,"<br>    "LaShay," | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I filed the foregoing with the Clerk of the Court and will mail copies of such filing to all attorneys of record.

                                              Respectfully submitted,
                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY


                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              334.223.7280
                                              334.223.7135 fax
                                              christopher.a.snyder@usdoj.gov