IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                             )<br>)<br>BERNETTA WILLIS,        )<br>   a/k/a "Nettie," "Hi-Girl," )<br>   "LaShay,"                )  | CR. NO. 2:06cr0071-MEF |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on March 1, 2006, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of January, 2007.

                                                                      UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on March 1, 2006, in the above styled cause.

                                              Respectfully submitted,

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, Alabama 36104
                                              Telephone: (334) 223-7280
                                              Fax: (334) 223-7135