IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-071-MEF |
| | ) | (WO) |
| BERNETTA LASHAY WILLIS | ) | |

## **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #166) filed on January 14, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE