IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR-71-MEF |
| | ) | |
| BERNETTA LASHAY WILLLIS | ) | |

**ORDER**

Upon consideration of the Motion for Detention Hearing (doc. #168) filed by the defendant, it is

**ORDERED** that a hearing be and is hereby set for **January 23, 2007** at **3:00 p.m.** in Courtroom 4-B, United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant is DIRECTED to produce the defendant for the hearing.

Done this 19th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE