**COURTROOM DEPUTY'S MINUTES**                         **MIDDLE DISTRICT OF ALABAMA**

---

☐ INITIAL APPEARANCE                           DATE: January 23, 2007
☐ BOND HEARING
√ DETENTION HEARING                            Digital Recording 3:10 - 3:33
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr71-MEF                        **DEFENDANT NAME:** Bernetta Lashay Willis
**AUSA:** Christopher Snyder                     **DEFT. ATTY:** Valerie Smedley
                              Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin/Bernard Ross
**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained _____ |
| ☐ | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing held |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED ®. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | WAIVER of Speedy Trial.          CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

| | |
|---|---|
| 3:10 p.m. | Court convenes. |
| | Court's discussions with Mrs. Smedley regarding detention issue. |
| | Mrs. Smedley's statements to the court regarding defendant's release and statements to the Court regarding defendant's need to be with her children. |
| | Court will give defendant opportunity to put on evidence. |
| | Court's statements regarding prior order of this Court for detention of defendant. |
| | Mrs. Smedley's further statements to the Court regarding detention issue. |
| | Mrs. Smedley's statements why pretrial release was revoked. |
| | Government's response to detention issue. |
| | Court ask if Mrs. Smedley has any evidence to present - something new to be presented. |
| 3:25 p.m. | Testimony begins - Mrs. Smedley's direct examination (Ross) |
| 3:29 p.m. | Mrs. Smedley has no further evidence. |
| 3:30 p.m. | Defendant's statements to the Court. |
| 3:32 p.m. | Court will detain defendant until trial. |
| 3:33 p.m. | Court recessed |