IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:06cr71-MEF |
| | * | |
| BERNETTA LASHAY WILLIS | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| | 1. Bernard Ross |