IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr71-MEF |
| | ) | |
| BERNETTA WILLIS | ) | |

## **ORDER**

Upon consideration of the argument presented at the detention hearing on January 23, 2007, all prior proceedings relating to this defendant, and Judge Delores R. Boyd's November 22, 2006 order of detention (Doc. # 8), and for good cause, it is

ORDERED that the detention order be and hereby is REAFFIRMED. The defendant shall remain in the custody of the United States Marshal pending further proceedings.

DONE, this 24th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE