IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| VS. | * DOCKET NO. 2:06cr71 |
| BERNETTA WILLIS | * |
| Defendant. | * |

## MOTION TO WITHDRAW

COMES NOW Valerie Murry Smedley and moves this Honorable Court to allow her to withdraw as counsel for the defendant in the above-styled cause. As grounds counsel would show unto the Court the following:

1. That counsel has tried to explain to the defendant the criminal procedures in this matter. However, the defendant and her family refuse to accept the legal advice of counsel.

2. That counsel has been contacted by other attorneys, to-wit: Maurice Bell and Susan James, that the defendant has paid them to intervene in this matter.

3. That the defendant has expressed that she would like to retain other counsel to represent her in this matter.

4. That counsel can no longer establish an attorney-client relationship with the defendant.

5. That it would be in the best interest of the defendant that she be allowed to retain another attorney in this matter.

WHEREFORE, the premises considered, the defendant prays that this Honorable Court will allow her to withdraw as counsel for the defendant in the above-styled cause.

Respectfully submitted this _22nd_ day of February, 2007.

_____
VALERIE MURRY SMEDLEY   SME003
Attorney for the Defendant

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL   36104
(334) 230-9596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the Honorable Christopher A. Snyder, Assistant U.S. Attorney, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL   36104, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the _22nd_ day of _February_, 2007.

_____
VALERIE MURRY SMEDLEY
Attorney for Defendant