IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v                                                           ) | CR. NO.  2:06cr71-MEF |
| ) | |
| BERNETTA WILLIS                           ) | |

**O R D E R**

Now pending before the court is the motion to allow Attorney Valerie Murry Smedley to withdraw as counsel of record (doc. # 172).  Upon consideration of the motion, and for good cause, it is

ORDERED that a hearing on the motion to withdraw be and is hereby **SET** for **February 26, 2007 at 1:30 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 23rd day of February, 2007.

         /s/Charles S. Coody          
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE