IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06cr71-MEF |
| ) | |
| BERNETTA WILLIS ) | |

**O R D E R**

For good cause, it is

ORDERED that the hearing on the motion to allow Attorney Valerie Murry Smedley to withdraw as counsel of record (doc. # 172) presently **set** for **February 26, 2007 at 1:30 p.m.** be and is hereby **RESET for 9:00 a.m. on February 28, 2007** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 26th day of February, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE