## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 2/28/07 | AT | 9:12 a.m. to 9:18 a.m. |
| DATE COMPLETED: 2/28/07 | TO | Digital Recorded |

UNITED STATES OF AMERICA           *
                                   *
VS.                                *       CASE NO.: 2:06CR71-MEF
                                   *
BERNETTA WILLIS                    *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. CHRISTOPHER SNYDER | * | Atty. VALERIE SMEDLEY |

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson        Law Clerk:   Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **HEARING RE: MOTION TO WITHDRAW ATTORNEY**

## SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | USA v. Willis, 06cr71-MEF Hrg re: Motion to withdraw Atty |
| **Date** | 2/28/2007 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:12:56 AM | Court | Court convenes; paties present as noted; Discussions as to the motion to withdraw filed by Atty. Smedley; Discussions regarding USA presence for this proceeding; |
| 9:13:22 AM | Atty. Snyder | Addresses the court that if Ms. Smedley be allowed to withdraw and new counsel come in and there may be a motion to continue, that the agent informed that his wife is pregnant and is expecting sometime at the end of August or beginning of September and that trial be set prior to that if possible; |
| 9:13:56 AM | Court | Judge Fuller has another term that begins July 9th; |
| 9:14:14 AM | Atty. Synder | Request to be excused from this proceeding; |
| 9:14:24 AM | Atty Smedley | Ms. Willis is asking to say something before government's counsel leave the courtroom; |
| 9:14:29 AM | Court | Do not wish to hear from deft; court has read letters submitted. Deft advised that she will not get out of jail; Discussions as to the motion to withdraw filed because deft does not accept advice of counsel; |
| 9:15:00 AM | Atty. Smedley | Response; Deft has contacted other attys to retained them; Have been contacted by Atty. Bell and Atty Susan James; That family members of Ms. Willis have contacted them and paid them to represent her; |
| 9:15:29 AM | Court | Mr. Bell represented Ms. Willis last year and withdrew in March of last year; |
| 9:15:37 AM | Atty. Smedley | Mr. Bell advised that he had been retained to represent her and requested information from file; Have received numerous visits and phones calls from Ms. Washington; |
| 9:16:12 AM | Court | Addresses the deft; Trial is set for March 12th; If Mr.Bell files a notice of appearance, the court will grant the motion to withdraw; otherwise this case will go to trial; |
| 9:17:35 AM | Ms. Willis | Apologizes to the court and Atty. Smedley; |
| 9:18:16 AM | Court | Addresses the deft as to atty obligation to deft, |
| 9:18:56 AM | Court | The motion is denied, but if Mr. Bell or Ms. James file a notice of appearance, then the court will grant the motion. Court is recessed; |