IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| | * |
| VS. | *   DOCKET NO. 2:06cr71 |
| | * |
| BERNETTA WILLIS | * |
| | * |
| Defendant. | * |

## MOTION TO CONTINUE

COMES NOW the defendant, by and through her attorney, and moves this Honorable Court to continue the above-styled cause now set for the March 12, 2007 trial term. As grounds counsel would show unto the Court the following:

1. That she was recently retained by the defendant in this matter.

2. That counsel recently received the discovery from the defendant's previous attorney.

3. That the box of discovery contains volumes of information that must be carefully reviewed by counsel.

4. That counsel and the Assistant U.S. Attorney, Christopher Snyder, will attempt to resolve this matter before the next trial term.

5. That the co-defendant in this matter is represented is represented by Attorney Richard Keith.

6. That Attorneys Snyder and Keith do not have an objection to a continuance of this matter.

WHEREFORE, the premises considered, counsel for the defendant respectfully request a continuance in the above-styled cause and reschedule the same at the Court's earliest convenience.

Respectfully submitted this 6th day of March, 2007.

VALERIE MURRY SMEDLEY    SME003
Attorney for Defendant Bernetta Willis

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL  36104
(334) 230-9596

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Continue upon the Honorable Christopher Snyder, Assistant U.S. Attorney, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL  36104, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 6th day of March, 2007.

VALERIE MURRY SMEDLEY
Attorney for Defendant Bernetta Willis