IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-071-MEF |
| | ) | (WO) |
| BERNETTA LASHAY WILLIS | ) | |
| LITASHA WASHINGTON | ) | |

## **O R D E R**

Upon consideration of the defendant Bernetta Lashay Willis's Motion to Continue Trial (Doc. #187) filed on March 7, 2007, it is hereby ORDERED:

1. That the motion is GRANTED in part and DENIED in part. The criminal term set for March 12, 2007 is continued to March 26, 2007 at 10:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

2. That defendants will be allowed to enter a binding plea on or before March 14, 2007.

DONE this 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE