NOTICE - ALL COUNSEL OF RECORD


Criminal Jury Term commencing March 26, 2007 before Chief Judge Mark E. Fuller


United States of America vs. Bernetta Lashay Willis and Litasha Washington
2:06cr71-MEF



_____                    _____
Chris A. Snyder (Government)                    Valerie M. Smedley (Willis)



                                                _____
                                                Richard K. Keith (Washington)