IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr0071-MEF |
| BERNETTA WILLIS | ) ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Susan R. Redmond, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 16th day of March, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | CR. NO. 2:06cr0071-MEF |
| BERNETTA WILLIS | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2007, I filed the foregoing with the Clerk of the Court and will mail copies of such filing to all attorneys of record.

                          Respectfully submitted,

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          /s/ Susan R. Redmond
                          SUSAN R. REDMOND
                          Assistant United States Attorney
                          One Court Square, Suite 201
                          Montgomery, Alabama 36104
                          Telephone: (334) 223-7280
                          Fax: (334) 223-7135