IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-71-MEF |
| ) | |
| BERNETTA LASHAY WILLIS ) | |

## VERDICT

1. As to **Count 1** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____ Not Guilty

    \_\_\_\_X\_\_\_\_\_ Guilty

    of the charge as set forth in the Indictment.

2. As to **Count 2** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____ Not Guilty

    \_\_\_\_X\_\_\_\_\_ Guilty

    of the charge as set forth in the Indictment.

3.    As to **Count 3** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____    Not Guilty

    \_\_\_\_\_X_____    Guilty

of the charge as set forth in the Indictment.


4.    As to **Count 4** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____    Not Guilty

    \_\_\_\_\_X_____    Guilty

of the charge as set forth in the Indictment.


5.    As to **Count 5** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____    Not Guilty

    \_\_\_\_\_X_____    Guilty

of the charge as set forth in the Indictment.

6. As to **Count 6** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

\_\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.


7. As to **Count 7** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

\_\_\_\_\_X_____ Not Guilty

_____ Guilty

of the charge as set forth in the Indictment.


8. As to **Count 8** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

\_\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.

9.    As to **Count 9** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____  Not Guilty

    \_\_\_\_\_X_____  Guilty

of the charge as set forth in the Indictment.


10.    As to **Count 10** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    \_\_\_\_\_X_____  Not Guilty

    _____  Guilty

of the charge as set forth in the Indictment.


11.    As to **Count 11** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____  Not Guilty

    \_\_\_\_\_X_____  Guilty

of the charge as set forth in the Indictment.

12. As to **Count 12** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____ Not Guilty

    \_\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.

13. As to **Count 13** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    \_\_\_\_\_X_____ Not Guilty

    _____ Guilty

of the charge as set forth in the Indictment.

14. As to **Count 14** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

    _____ Not Guilty

    \_\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.

15.    As to **Count 15** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

\_\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.


16.    As to **Count 16** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

_____X_____ Guilty

of the charge as set forth in the Indictment.


17.    As to **Count 17** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

_____X_____ Guilty

of the charge as set forth in the Indictment.

18.   As to **Count 18** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

        _____  Not Guilty

        \_\_\_\_X_____  Guilty

of the charge as set forth in the Indictment.


19.   As to **Count 19** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

        _____  Not Guilty

        \_\_\_\_X_____  Guilty

of the charge as set forth in the Indictment.


20.   As to **Count 20** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

        _____  Not Guilty

        \_\_\_\_X_____  Guilty

of the charge as set forth in the Indictment.

21.   As to **Count 21** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

          __ X __   Not Guilty

          _____   Guilty

of the charge as set forth in the Indictment.


22.   As to **Count 22** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

          _____   Not Guilty

          __ X __   Guilty

of the charge as set forth in the Indictment.


23.   As to **Count 23** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

          _____   Not Guilty

          __ X __   Guilty

of the charge as set forth in the Indictment.

If you find the defendant guilty of the offense charged in Count 23 of the Indictment, did the defendant brandish the firearm in the commission of the offense?

          _____   No

          __ X __   Yes

24. As to **Count 24** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.

25. As to **Count 25** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.

26. As to **Count 26** of the Indictment, we, the jury, find the defendant Bernetta Lashay Willis

_____ Not Guilty

\_\_\_\_X_____ Guilty

of the charge as set forth in the Indictment.

SO SAY WE ALL.

DONE this 30th day of March, 2007.

_____[signature]_____
Foreperson