NOTICE - ALL COUNSEL OF RECORD

Criminal Jury Term commencing March 26, 2007 before Chief Judge Mark E. Fuller

United States of America vs. Bernetta Lashay Willis and Litasha Washington
2:06cr71-MEF

*Natalie Seager*
───────────────────────
Chris A. Snyder (Government)
*Susan Redmond*

*Val M. Smedley*
───────────────────────
Valerie M. Smedley (Willis)


───────────────────────
Richard K. Keith (Washington)

3/27/07 Received CD for Jury Questionnaires in this case