IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-71-MEF |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

**NOTICE TO THE COURT**

**COMES NOW** undersigned counsel, Christine A. Freeman, and provides the following notice to this Court of undersigned counsel's contact with both Ms. Willis and others.

1. On March 1, 2006, Ms. Bernetta Willis was indicted for alleged violations of 18 U.S.C. §641, 18 U.S.C. §1512(a)(2)(A), and  18 U.S.C. §924(c)(1)(A).

2. On March 30, 2007, Ms. Willis was convicted of multiple counts of the charges contained in the indictment.

3. Pursuant to Federal Rule of Criminal Procedure 33, unless granted an extension of time, a Motion for New Trial should be filed on or before April 6, 2007.

4. Undersigned counsel has been contacted by both Ms. Willis and others regarding the following:

    a. Ms. Willis' is unable  to communicate with her current defense counsel, Ms. Valerie Smedley ("Ms. Smedley"), and Ms. Smedley may have communicated to Ms. Willis that Ms. Smedley is no longer available for contact by Ms.

1

Willis.

b.    Ms. Willis has recently written this Court regarding her dissatisfaction with her current trial counsel.

c.    Ms. Willis wants to file a timely motion for a new trial and judgment of acquittal, and she requests an extension of time in which to do so.

d.    Ms. Willis may meet the financial qualifications for appointment of counsel from the CJA panel. If so, she would like to be appointed counsel.

e.    Ms. Willis has been represented by CJA panel attorney Timothy Halstrom ("Mr. Halstrom") in the past. He has indicated that he is willing to accept appointment of counsel for Ms. Willis if she meets the financial qualifications.

5.    This Notice to the Court is being provided pursuant to the duties of office of the Federal Defenders Office for the Middle District of Alabama.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

UNITED STATES OF AMERICA    )
      )
V.      )    CASE NO: 2:06-CR-71-MEF
      )
BERNETTA LASHAY WILLIS    )

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Susan R. Redmond, Esq., Assistant United States Attorney, One Court Square,

Montgomery, AL 36104.


        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org