In The District Court of The United States
For The Middle District of Alabama
Northern Division

United States of Alabama

v.

Bernetta Lashay Willis

RECEIVED
2007 APR -6 A 8:09
[...] P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cri. No. 2:06cr0071-MEF

Motion For

I, Bernetta Lashay Willis is Filing this Motion on my Behalf. Because I do not have Counsel Repesenting me, My Attorney Valerie Smedly Said She will not be doing nothing Else in my Case unless She Receive More money which i Cant Afford to pay her. My Motion is For Re-trial because the Attorney on my Case did not prepare me for my trial because she didn't get paid. So i went to trial unprepared And got Found Guilty and Not Guilty, But i don't know what on because She didn't Explain to me or nothing. All i know is it was lack of Evidence to Find me guilty. I Really didn't understand what was going on at my trial because my Attorney never went over my case with me the only time i ever seen my Motion of Discovery was at trial and i still didn't have time to Read it or look over it i was trying to Read Certain thing during the trial, And Ms Smedly wouldn't let All my witness testify on my Behalf. All i Know it seems like i was A piece of Raw meat got throwed in some hot grease! I need A New trial And the only Reason I'm filing my own Motion is because I do not have An Attorney to do it for me And i know it's A time limit. I mean during my trial Ms Smedly was telling me i need to tell my Family to pay her.

Respectfully Submitted this day 4-4-07

In The District Court Of The United States
For The Middle District OF ALABAMA
Northern Division.

United States OF America

v.

Bernetta Lashay Willis

CR. NO. 2:06cr 0071-MEF

RECEIVED
2007 APR -6
DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Counsel

I Bernetta Willis is Asking the Court to please Re Appoint me An Attorney. Because i have No Attorney Repesenting me in my best intrest Ms. Valerie Smedly is the Counsel on my Case, But She Want Come to see me or discuss my Case with me or take my phone Calls when i Call her. And this been going on Since January. I went to trial unprepared on 3-26-07 because she never came to the jail to discuss my motion Discovery or Anything About my Case, the only time i see Ms. Smedly is in Court when the Court Set Dates for me to be there. I Called her this morning 4-3-07 to get Some Understanding what happen At my trial And what All i was Found Guilty on And Not Guilty And See if She Can File A Motion For Another trial because I wasn't prepared for trial And plus they had No Evidence to find me guilty. But she told me She's not gona do Nothing Else for me unless She gets paid in Full. And She was paid 500.00 12-28-06 to file A motion for A Detention Hearing Only, I don't Know how She took over the whole Case. That's why i've been trying to get Mr. Timmothy Halstrom Back on my Case He Repesent me Well. Now i do not have Counsel At All. So will the Court please Appoint me one I need Motion to be Filed before my 10 days is up. Mr Halstrom Came to see me 4-3-07. And i also talk with Ms. Christin Freeman At the Federal Defenders Office And She told me to File this Motion.

And She would do what ever She can to help me. I would Greatly Appreciate it if the Court can Re Appoint Timmothy C. Halstrom Bar # HAL021 Attorney At Law 4170 Lomac Street, Montgomery AL 36106 (334) 271-6024 (334) 244-7474-Fax halstromtim@aol.com-Email. Because He came to See me yesterday And told me if the Courts will Re Appoint him he Will Repesent me And plus he's more update on my case than Any other Attorney. He's Aware with what need's to be done Right now in my case before it's too late. And i can not Afford to pay Attorney Fee's.

Respectfully Submitted this day, April 4th 2007

Bernetta Willis