IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-71-MEF |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

# **O R D E R**

This cause is before the Court on Bernetta Willis's pro se motion for appointment of counsel (Doc. # 226) filed April 6, 2007. Upon consideration, it is ORDERED that:

1. The Motion is GRANTED.

2. CJA Panel Attorney Timothy Halstrom is hereby appointed to represent Willis.

3. In the event that Willis wishes to file post-trial motions, the deadline for any such motion is extended to and including May 15, 2007.

4. The sentencing set in this case is CONTINUED until further order of the Court.

DONE this the 12th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE