IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-0071-MEF |
| | * | |
| **BERNETTA WILLIS,** | * | |
| **DEFENDANT** | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, Bernetta Willis dated April 12, 2007. Further, Defendant prays pleadings, notices and orders pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, April 16, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Demario Campbell

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys.

      /s/Timothy C. Halstrom  
      Timothy C. Halstrom  
      Bar Number HAL021