IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-0071-MEF |
| | * | |
| BERNETTA LASHAY WILLIS, | * | |
|     DEFENDANT | * | |

**MOTION FOR TRANSCRIPTION OF TRIAL RECORD**

Comes now Defendant Bernetta LaShay Willis, through counsel, and moves the Court to provide Defendant with a transcript of the trial record at no cost to her pursuant to 28 U.S.C. 753(f) and in support thereof states as follows:

1. The undersigned was appointed to represent Defendant on post-trial matters by order of this Court dated April 12, 2007 in accordance with the Criminal Justice Act which Order was received by counsel on April 15, 2007.

2. Said Order extended the time for filing post trial motions to May 15, 2007.

3. The trial of Defendant commenced on March 26, 2007 and concluded on March 30, 2007 when the jury returned a guilty verdict as to counts 1ss-6ss, 8ss-9ss, 11ss-12ss, 14ss-20ss, and 22ss-26ss.

4. The undersigned counsel was not counsel of record for the trial and, therefore, it is essential that he be provided with a copy of the transcript of the trial record to determine whether or not substantial grounds for post-trial motions including a Motion for New Trial and/or Motion for Judgment of Acquittal exist.

5. 28 U.S.C. 753(f) provides: "[f]ees for transcripts furnished in criminal proceedings

to persons proceeding under the Criminal Justice Act (*18 U.S.C. 3006A*) . . . shall be paid by the United States out of moneys appropriated for those purposes."

Wherefore, the above matters considered, defendant prays this Court enter an order directing the Court Reporter, Mitchell Reisner, transcribe the trial record for the dates March 26, 2007 to March 30, 2007, inclusive, and provide said transcription to counsel with costs to be paid in accordance with the Criminal Justice Act and 28 U.S.C. 753(f).

Respectfully submitted this day, April 17, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Willis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys. I further certify that I have served the foregoing upon Mr. Mitchell Reisner.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021