IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-071-MEF |
| | ) | (WO) |
| BERNETTA LASHAY WILLIS | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Transcript of Trial Record (Doc. #230) and Motion for Extension of Time to File Post-Trial Motions (Doc. #231) filed on April 17, 2007, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 19th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE