IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR71-MEF |
| ) | |
| BERNETTA LASHAY WILLIS ) | |

# **O R D E R**

Upon consideration of the government's Unopposed Motion for Extension of PSI Deadlines and to Set Sentencing Date (Doc. #245) filed on June 14, 2007, it is hereby

ORDERED that the motion is DENIED as moot in light of this court's order dated June 15, 2007 (Doc. #245).

DONE this the 15th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE