DEFENDANT'S EXHIBIT A



**Social Security Administration**  **Atlanta Region**

Refer to: 419085671

2450 Presidents Drive
Montgomery, AL 36116
334 223 7183
June 21, 2007

United States District Court
Middle District of Alabama
Northern Division

Dear Sirs:

At the request of attorney Timothy C Halstrom on behalf of Ms. Bernetta Lashay Willis, I have reviewed the electronic records for Ms. Willis. Ms. Willis filed an application for Supplemental Security Income on April 27, 1999. The state of Alabama Disability Determination Unit in Birmingham subsequently allowed her disability based upon mild mental retardation. That is the extent of our medical records available on Ms. Willis. As I testified at the time of her trial, this agency has lost the medical records that were part of her application.

Sincerely;

Roy S Bradford
Operations Supervisor

cc: