IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )          CASE NO. 2:06-cr-71-MEF
                                    )
BERNETTA LASHAY WILLIS              )

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the defendant's

Motion for Psychiatric Exam (Doc. #254) is referred to Magistrate Charles S. Coody for

entry of any orders or recommendations as may be appropriate.

DONE this the 25th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
