IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr71-MEF |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

**ORDER**

Upon consideration of the motion for a competency hearing and for an inpatient psychiatric evaluation (doc. # 254) filed by the defendant, it is

ORDERED that a hearing be and is hereby set on July 2, 2007, at 3:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 28th day of June, 2007.

                                                 /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE