IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-071-MEF |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

## **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing and Set PSI Deadlines (Doc. #279) filed on October 9, 2007, it is hereby

ORDERED that the motion is GRANTED in part.  The sentencing hearing set for October 18, 2007 is continued to January 9, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the motion is DENIED to the extent that the motion asks the court to set a PSI deadline.  The probation office is directed to set new deadlines for filing objections to the presentence report.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE