IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v.   * | CR. NO. 2:06-CR-0071-MEF |
| * | |
| **BERNETTA LASHAY WILLIS,** * | |
| **DEFENDANT** * | |

### NOTICE OF INTENT TO MOVE FOR DOWNWARD DEPARTURE

Comes now Defendant, Bernetta LaShay Willis, and gives notice to the Court and the U.S. Attorney of her intent to move for a downward departure from the sentencing guidelines on grounds of diminished capacity.

Respectfully submitted this day, December 11, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing parties and their attorneys.

/s/Timothy C. Halstrom  
Timothy C. Halstrom  
Bar Number HAL021