IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v. * | CR. NO. 2:06-CR-0071-MEF |
| * | |
| BERNETTA LASHAY WILLIS, * | |
|     DEFENDANT * | |

## NOTICE OF APPEAL

Comes now Defendant, Bernetta Lashay Willis, and gives notice of appeal to the United States Circuit Court of Appeals, Eleventh Circuit, from her conviction entered by the Court upon the jury's verdict on March 30, 2007 and from the sentence pronounced by the Court on January 9, 2008 and the Judgment entered on January 17, 2008. Defendant is indigent and prays this Court appoint counsel to represent her on appeal.

Respectfully submitted this day, January 17, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Bernetta LaSahay Willis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                                              /s/Timothy C. Halstrom
                                                    Timothy C. Halstrom
                                                    Bar Number HAL021