RECEIVED

2008 MAR -3 P 12: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

February 27, 2008

**Appeal Number: 08-10305-A**
Case Style: USA v. Bernetta Lashay Willis
District Court Number:  06-00071 CR-F-N

TO:    Mitchell Reisner

CC:    Timothy C. Halstrom

CC:    Christopher A. Snyder

CC:    Debra P. Hackett

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

RECEIVED
For rules and forms visit
www.ca11.uscourts.gov
2008 MAR -3 P 12: 35

February 27, 2008

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Mitchell Reisner
222 CLOVERFIELD RD
HOPE HULL  AL  36043-5550

**Appeal Number: 08-10305-A**
Case Style: USA v. Bernetta Lashay Willis
District Court Number:  06-00071 CR-F-N

TRANSCRIPT DUE:  February 22, 2008
_____
(30 days from appellant's certification)

We have not received your acknowledgement of the enclosed transcript order form and certification of completion of financial arrangements.  We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c:  District Court Clerk
    Counsel of Record

Transcript for Digitally recorded hearing held 2/28/07.

Encl.

RPTR-1 (03-2004)