IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-71-MEF |
| | ) | |
| BERNETTA LASHAY WILLIS | ) | |

## **O R D E R**

The Defendant having secured the services of an expert witness without prior court approval and then having requested reimbursement for the amounts paid to that expert witness was requested to provide the Court with appropriate documentation along with a request for payment in excess of the statutory maximum of $1,600. Defendant was ordered to provide appropriate documentation in support of this request along with legal precedent to support such a request. Having failed to provide legal support for the necessity to retain expert witnesses and to authorize or to recommend payment in excess of the statutory maximum, to the extent the Defendant's "Claim for Compensation in Excess of Statutory Limits" is a request to authorize the retention and authorization of expert witness services in excess of the statutory maximum such request is DENIED.

DONE this the 23rd day of April, 2008.

                                                  /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE