AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __7__

DEFENDANT: **BERNETTA LASHAY WILLIS**
CASE NUMBER: **2:06CR71-MEF-01**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Five hundred sixteen (516) months. This terms consists of 108 months as to Counts 1ss through 6ss, 8ss, 9ss, 15ss, 16ss, 18ss, 19ss, 20ss, 21ss, 23ss, 24ss, 27ss, 29ss and 31ss, concurrently; followed by a consecutive sentence of 34 years (2 years as to Count 25ss; 7 years as to Count 28ss; and 25 years as to Count 30ss, for a total of 516 months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

NOV 2 6
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __6-20 2008__ to __USP HAZELTON__ SFF

at _____, with a certified copy of this judgment.

Joe P. Driver, Warden
UNITED STATES MARSHAL

By __D. McCain, DSS__
DEPUTY UNITED STATES MARSHAL