AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:06cr71-MEF-01 |
| BERNETTA LASHAY WILLIS ) | USM No: 11880-002 |
| ) | |
| Date of Original Judgment: 01/17/2008 ) | |
| Date of Previous Amended Judgment: ) | N/A |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __516__ months **is reduced to** __505__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Sentence consists of 97 months on counts 1ss-6ss, 8ss, 9ss, 15ss, 16ss, 18ss-21ss, 23ss, 24ss, 27ss, 29ss, and 31ss, concurrently; followed by a consecutive sentence of 34 years (2 years on counts 25ss, 7 years on count 28ss, and 25 years on count 30ss) for a total term of 505 months.

Except as otherwise provided, all provisions of the judgment dated __01/17/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/10/12

Effective Date: _____
*(if different from order date)*

Judge's signature

Mark E. Fuller, United States District Judge
*Printed name and title*