IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:06cr71-MHT
                            )           (WO)
BERNETTA LASHAY WILLIS      )

ORDER

The court construes defendant Bernetta Lashay Willis's self-styled "Motion to Vacate, Set Aside or Correct Sentence, 28 U.S.C. § 2255 and 2244(b)(3)(A)" (doc. no. 373) to contain (1) a motion for reduction of sentence under the First Step Act of 2018, and (2) a motion to amend the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

Accordingly, the clerk of court is DIRECTED to:

(1) amend the docket entry for doc. no. 373 in this criminal action to describe the document as a motion for reduction of sentence under the First Step Act of 2018, where it will be considered as such; and

(2) docket a copy of this same document in civil action no. 2:19cv651-MHT as a motion to amend the

motion to vacate, set aside, or correct sentence under

28 U.S.C. § 2255 pending in that civil action.

DONE, this the 18th day of October, 2019.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE