IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:06cr71-MHT |
| | ) | (WO) |
| **BERNETTA LASHAY WILLIS** | ) | |

OPINION AND ORDER

It is ORDERED that defendant Bernetta Lashay Willis's motions to modify the restitution payment schedule pursuant to 18 U.S.C. § 3664(k) (doc. nos. 367, 372) are denied.

**\*\*\***

The court will not reduce the ordered restitution amount at this time because Willis has failed to demonstrate a bona-fide change in economic circumstances since the imposition of her sentence. *See Cani v. United States*, 331 F.3d 1210, 1215 16 (11th Cir. 2003).

Should Willis seek to challenge the amount of her payment under the Inmate Financial Responsibility Program (IFRP), she should follow the Bureau of

Prison's administrative remedy procedures. To the extent she seeks to challenge the IFRP's actions, she also may file a petition under 28 U.S.C. § 2241 in the federal judicial district where she is incarcerated--currently the Northern District of Alabama. *See Rumsfeld v. Padilla*, 542 U.S. 426 (2004).

DONE, this the 15th day of November, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**