In The United States District Court
Northern Division.

Bernetta Lashay Willis  ) Case # 2:06-cr-00071-MHT
                        )
         Vs.            )
United States Of America )

RECEIVED
2020 JAN 15 A 10:49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

Response to USA Response 12/31/19

Comes Now Petitioner Moving ProSe and "Shall
Not be held at Legal Counsel Standard."

First petitioner want to address She havent
received the actual Response From USA, her
Advocate Sent her the response from her pacer
account.

① The Government (USA) is requesting petitioner
3582(c)(1)(A) 385 State Of Emergency Motion
be Denied - Because "Relief Come Upon" Motion
Of Director Of Bur. Of Prison"
② That She havent provided medical Records
And the Fact She has access to the hospital.

Responding → Willis want to State that She has sent her
Medical Documents to the Court They must
be Submitted to her Civil Case Document's 2:19-cv-
651-MHT. And petitioner does not have access
to her medical Records From The Hospital during

her hospital Stay, 12-10-19 — 12-14-19, it takes a while for the hospital to Send them to the prison and plus the petitioner. have to Submitt a inmate request Cop-Out to Medical Records at the prison to receive a Copy and that Can take a Couple months. Petitioner asked the Court Can they request those documents I will Sign a medical release form, That's Why petitioner Sent her wrist Band from the Pickens County Hospital along with her motion requesting releif, trying to Show proof She was Hospitalized for 4days and released back to the prison Unstabilized and had to medicated her Self with others medication to Stay Alive over the weekend, She arrived back to the prison. Willis Fellow inmates help Willis and Nutured her.

The the ACA Inspector Visit the prison the following Week Willis Was Still ill. And The Head Inspector Spoke With Willis She informed him that She was Very ill and haven't been receiving proper Care on 12-20-19. And The ACA Inspector Advised Medical Staff Mrs. S. Horton at Aliceville Prison to See to Willis Medical Needs, then She (Horton) took Willis back to the exaime room and got her Vitals and Weight Willis has lost 20 Some Pounds in two Weeks. Horton Consulted

With Dr. Li and they put Willis back on Antibotics and Nousea medication and Said if need be they will Send Willis back to hospital. As of now Willis is Still awaiting to See G.I Specialist.

Willis need medical Attention ASAP. Due to her Liver being Damaged and Kidneys. The prison doesn't know if Willis is out of the Woods. The Hospital is 40 minutes away from the prison.

Second Willis has Sent her Denial for Compassionate Release. one Copy is in here.

Also Petitioner Showed Extraordinary Compelling Circumstances "In her Civil Case for 3582 (C)(1)(A) Compassionate Release Case # 2:19-cv-651 = MHT.

Petitioner is Still Nausea and loosing weight rapidly and in pain. Petitioner went to Sick Call medical 1-10-2020 Saw medical Staff Horton and She did a U/A and informed Willis She would have to See Specialist and She is Still pending Scheduling for G.I.

Also there's No Showing petitioner is Scheduled at all for Mamo gram She has been waiting Since 2015. Petitioner was Seen by Dr. Hunter Busby

(CMLA)

in August 2019 and Hunter Busky found
3 Lumps in petitioner's breast and MLP
Dr. Hunter requested Mamogram which Willis
Still haven't received Mamogram and
Willis mother passed away from Cancer and
Grand father for Colon Cancer. Willis has
been awaiting Colon okopy since 2011 and
2019 Still have not received that and
She has blood in her Stool. Neglect is
present in Willis Case. Medical Records
Will Show this. Willis doesn't have her
Entire medical records because it Cost
more than Willis Can afford.

Willis move's this Court to request her
Medical Records From BOP to See She
is Honest of her Situation medical Need.

In late Congress 2018 FSA Section 503 Changed
the process of Compassionate Release occurs so that,
instead of Depending upon the BOP Director to
move for release, a Court Can now resentence "upon
motion of defendant," if the defendant has fully
exhausted all administrative remedies, or lapse 30 days
from receipt of Such request by Warden. The effects
to new changes are to allow federal judges the
ability to move on a prisoners CR Application
even if the face of BOP opposition or its failure
to respond to prisoners request for CR in a timely.

Manner

Under Section 1B1.13 moves this Honorable Court reduce petitioner sentence 3553(a) Post Conviction & Sentence. Sentencing Commission Created a Catch-all provision for CR under U.S.S.G § 1B1.13 application note(1)(D)

The Dependence on BOP in policy statements is a relic of the prior procedure that is now inconsistent with FSA 2018 Act's Amendment of Section 3582(c)(1)(A). Application not 1(D) Can no longer limit "judicial authority" to Cases with initial determination by the BOP Director that a prisoner's case presents extraor-dinary or compelling reasons for reduction, because the First Step Act has expressed Changed the Statutory Text to allow Court to grant sentence reduction even in the face of adverse

Or Unresolved BOP determination Concerning Whether a prisoner's case is extraordinary or Compelling. And the Commission's "now dated" Statement Indicating that the BOP must file a motion in order for a Court to Consider a CR Sentence reduction NO Longer Controls in the Face of First Step Act 2018 Changes enacted explicity to allow a court to Consider a reduction even in the Absence of A BOP triggering Motion. With the First Step Act, Congress has decided Federal Judges No Longer to be Constrained

or controlled by how the BOP Director
Sets it's Criteria for what Constitutes
extraordinary and compelling reasons for
S.R. Consequently those Sections of the
guidelines applications notes requiring a BOP
determination or motion are not binding on Courts

Put differently, now tha FSA 2018 has
recast the procedural requirements for SR
Without the BOP Director's initial determin-
ation, then the SR is not inconsistent, with
the applicable policy Statements issued by
the Sentencing Commission.

Grounds Reasons Petitioner Should be
Granted Relief Under 3582(c)(1)(a)(i)

(1) 924 C Stacking Charges is no longer law
in Congress it has been Elaminated in
the FSA 2018.

(2) Petitioner has Rehibilatated herself only
had one fight While incarcerated because
She was attacked First Which the proof
of her incident report is Added to this
motion Exhibit Attached.

(3) Petitioner has failed tremeduously Since her
Sentencing and not receiving proper timely
Treatments

(4) Petitioner Children is Beyond the Struggle and Suffering from Serious Mental Health problems due to all the hard- Ship they have endured Since their Mother's incarceration. Homeless, Without Food, abuse from family and foster Care home, Neglect from Relatives Etc... plus Petitioner Mother passed away Since Petitioner incarceration, 5-18-08 and petitioner never attended the funeral.

Petitioner has attached her certificates and proof she has Change and Deserving Of a Second look or Second Chance at Freedom and is not a threat to Society.

# Certificate of Service

I Swear I put this is prison Mail box on 1-12-2020

I sent a Copy to USA 131 Clayton St. Montgomery AL. 36104

Bernetta Willis

Signature: [signature]

Date- 1-12-2020

**Compassionate Release/Reduction In Sentence**
**Willis, Bernetta Lashay**
**Register No.: 11880-002**


Consideration for your release, under the provisions of Title 18,
United States Code, Section 3582 (c)(1)(A), and Bureau of
Prisons' Program Statement 5050.50, has been given careful
review, which included updated medical and case summary
information.  Based upon this information, your request for a
Compassionate Release/Reduction In Sentence (RIS) has been
denied.

Currently, you do not meet the criteria for a Reduction In
Sentence based on Medically Debilitated Inmates with Medical
Conditions.  Although you have several chronic medical conditions
you are able to independently attend to your activities of daily
living.  A review of your current medical status indicates that
your chronic conditions are stable with appropriate treatment
plans in place.  After careful review of this information,
consideration for Compassionate Release/RIS is denied.   In
compliance with Bureau of Prisons' Program Statement 5050.50, you
may appeal this denial through the Administrative Remedy Program.

Medical staff will continue to monitor your conditions as
clinically indicated.  I suggest you work with your unit team and
your designated medical and mental health team to address your
needs, as they may arise.

Accordingly, your Administrative Remedy Request is denied.   **If**
**you are dissatisfied with this response, you may appeal to the**
**Regional Director, Southeast Regional Office, 3800 Camp Creek**
**Parkway, S.W., Building 2000, Atlanta, Georgia 30331. Your appeal**
**must be received in the Regional Office within 20 calendar days**
**of the date of this response.**



UNIT TEAM

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Willis Bernetta L_    _11880002_    _CX/_    _FCI-Aliceville_
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** _I Appeal fighting_

I Bernetta Willis came to you filing an Appeal from my DHO findings and sanctions. First I want to state, I was being assaulted/attacked by inmate S. mone McIllwain on 3-9-18, infront of Officer Harper the incident report clearly states She assaulted me and She also admitted to DHO lady Canton that She attacked me, I had no idea McIllwain was gonna attack me while I was sitting we never even had an argu- ment to lead up to a fight, attack or a assault. Well I had to do something to defend myself b/c the officers was standing watching with their back up and I done had 2 by-pass surgeries, I cant use triple by pass & which a Stint, I am currently on life threating blood thinners I still have a bruise, clot, hematoma, it really in my eye from the attack, it was self defense I had too with my condition.

_____    _____
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**



APR 10 2018

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _936673-R1_

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____    _____    _____    _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

Inmate Request to Staff Response

Willis, Bernetta
Reg. No. 11880-002

This is in response to an Inmate Request to Staff wherein you state of staff
misconduct.

Your allegation of staff misconduct and negligence has been
reviewed for appropriate disposition in accordance with policy.
Allegation of misconduct is taken seriously; however, you will not
be provided further information regarding the disposition.

I trust this responds to your request.


_____          3·25-18
C. Nelson, Captain                Date



(2) DCustody                                                         Custody ——

ALI 1330.17
October 15, 2012
Attachment A

## INFORMAL RESOLUTION REQUEST (IRR) FORM

| Inmate Name | Bernetta Willis | Register Number | 11880-003 |

### INFORMAL RESOLUTION PROCESS

Briefly state the specific complaint, including details and facts which support your request and the date on which the basis for your complaint occurred, your recommended resolution, and the actions you have taken and to whom you have spoken to resolve your complaint in Section 1.  Return the form to your Correctional Counselor or other Unit Team staff designated by the Unit. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement. The informal resolution process is not in any manner intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

---

**SECTION 1**
**Briefly state your specific complaint, recommended solution, and actions you have taken to resolve:** (Please Print)

On 3-9-18 i was in a fight on G4 unit around 5:00pm when Staff on duty back up arrived i was placed in TV Room, the Liutenant Simmons instructed the Officer to cuff me, i state i can't be cuffed and i am on blood thinners its in my medical records he still insisted i be cuffed I was from the back which is a fetal medical risk being that I've

**SECTION 2**
Date Received by Counselor for Response: _____
Summary of fact-finding: _____

Actions taken to resolve informally: _____

Explain reasons for no resolution: _____

| | | |
|---|---|---|
| Date IRR form Issued to Inmate: 3-18-18 | Unit Team Name (print): Swelley |
| Date IRR form Returned to Staff: 3-20-18 | Unit Team Name (print): Swelley |
| Date Inmate Issued BP-9: _____ | Unit Team Name (print): _____ |
| Date Unit Manager/Camp Administrator Reviewed & Signature: | |

**SECTION 3**
On _____ (date), this issue was informally resolved.  Inmate Signature

---

Distribution:  (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Correctional Counselor for filing.  (2) If complaint is NOT informally resolved, forward original, attached to BP-9, to the Coordinator's office for processing by the Clerk.

② have 2 By Pass Surgeries, recent one tripple by pass that runs through my left arm to my left side of my neck below my juglar. i suffer from blood clots and currently taking blood thinners, my other prior by-pass surgery run's through my left side of my chest above my breast all veins was taking from my left leg. all this is harmful to my health to be cuffed and catch a blood clot from the iron metal hitting my body and cuff restrained from the back, could have damaged and broken my stint like a hose val running for my by-pass through my arm to my neck. Well i was cuffed from behind to medical to be medically asessed the entire time all the way to Shue, the cuff was removed once i was in Shue holding cell, I had complaing and pleaded i do not suppose to be cuffed like this from my unit, going down the stairs I pleaded to both AW's that was walking down as i was being escorted as i pleaded about me being on blood thinner my eye was so huge. i was very fearful of clotting due to ive had 2 blood clots near killed me already. So when i was in Shue holding cell I was still pleading not to cuff my arm which is stated in my medical report from Vasaular surgeon P.C. HSW saying do not cuff left arm or left leg due to could cause limb lost! Even Dr. Cardiologist also noted no cuffing arm & legs due to clothing limb loss. I arrived at this facility with too cuffs

(3) medical is well aware, So Someone in Shu i think was Mr. Wade Made a Call to Medical while i was sitting in the holding cell after Sullivan was getting ready to strip me out for dressing. I over heard an officer told Sullivan no she can't be Cuffed. The later another officer came to take me to a room, it was a lady black worked that Shift 3pm 3-9-18 along with Mr. Washington and Mr. Wade that cuffed me from the front, i begin pleading again this is not Suppose to be happening it could be dangerous. Mr. Wade Stated you can be cuffed in front Per Dr. Griffin, i said he must've just made that So because last as i know on my restriction MSD form i couldn't be cuffed like that. I was cuffed back + forth the entire time Mr. Shue. This has violated my medical health Condition. And if it Says that i can't, cuffed in front, it was without my knowledge and had to have been recently Changed. I Suffer already from nerve pain. from all the cutting caused me bruising and more severe pain in my arms + backe. Medical also neglected to check on my eye properly, give me ice pack and i developed a hematobin +was informed by Nurse Ives on 3-12-18 and she also went to get my meds blood thinners an aspria, which i had be pleading to nurse Etrice for days. Something was wrong the swelling was Fluctuating She Stating loudly on Shu hall at my door girl you got punched in your eye you'll be alright. i asked for my

⑨

ined for my medical Equipment from her and nurse
Bailey, Bailey said you Can't have that stuff in Shu
and walked off very rudely. So when the property
guy did my property the next day 3-14-18
i asked about my Bed wedge i need it for my
health he told me let him verify it with
medical first. Well he verified it with someone
and they advised him i Could have it So he
brung it to me.

Regional Administrative Remedy Appeal No. 936673-R1
PART B - RESPONSE

This is in response to your Regional Administrative Remedy Appeal receipted
April 10, 2018.  You appeal the actions of the Discipline Hearing Officer (DHO) on
March 15, 2018, finding you committed the prohibited act of Fighting With Another
Person, Code 201.  As relief, you request the incident report be expunged. .

Program Statement 5270.09, Inmate Discipline Program, provides the DHO shall
consider all evidence presented during the hearing.  The DHO's decision will be based
on at least some facts and if there is conflicting evidence, on the greater weight of the
evidence.  The DHO considered your statement provided during the DHO proceedings.
The DHO found you committed the prohibited act based on the greater weight of the
evidence.

You allege you were defending yourself.  The definition of Code 201 is: a hostile
physical or verbal encounter or engagement between two or more persons.  The DHO
adequately explained to you the specific evidence relied on to find you committed the
prohibited act.  Further, you did not provide any new evidence to refute the charge.

The required disciplinary procedures were substantially followed, the evidence supports
the DHO's finding, and the sanctions were appropriate for the offense.

Accordingly, your Regional Administrative Remedy Appeal is denied.  If dissatisfied
with this response, you may appeal to the Office of General Counsel, Bureau of
Prisons, 320 First Street, NW, Washington, D.C.  20534.  Your appeal must be
received in the Office of General Counsel within 30 calendar days of the date of this
response.

5/2/18
Date

Regional Director, SERO

BP-A0304  .
JAN 47 '

**DISCIPLINE HEARING OFFICER REPORT**  CDFRM

<u>U.S. DEPARTMENT OF JUSTICE</u>  3098555  <u>FEDERAL BUREAU OF PRISONS</u>

| Name of Inmate: | Reg. No.: | Hearing Date: |
|---|---|---|
| WILLIS, Bernetta Lashay | 11880-002 | 03-15-2018 |

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:

Clinical Encounter for WILLIS 11880-002 dated 3/9/2018 by RN E. Knopp, FCI Aliceville
Clinical Encounter for MCILLWAIN 63189-018 dated 3/9/2018 by RN E. Knopp, FCI Aliceville
Memorandum written by Reentry Coordinator E. Jenkins, FCI Aliceville, dated March 9, 2018
Memorandum written by SIS Tech. Booth, FCI Aliceville, dated March 9, 2018
Memorandum written by Officer R. Burnette, FCI Aliceville, dated March 9, 2018
Memorandum written by Officer E. Butler, FCI Aliceville, dated March 9, 2018
Memorandum written by Case Manager T. Edgeworth, FCI Aliceville, dated March 9, 2018
Memorandum written by Officer R. Medley, FCI Aliceville, dated March 9, 2018
Evidence Photograph taken by SIS Tech. Booth, FCI Aliceville, dated March 9, 2018
Electronic Mail from WILLIS 11880-002 to mercedesmcqueen20@gmail.com

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:  **N/A**  .

IV.  FINDINGS OF THE DHO

**X**  A. The act was committed as charged.

\_\_\_\_\_  B. The following act was committed:

\_\_\_\_\_  C. No prohibited act was committed: Expunge according to Inmate Discipline PS.

V.  SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.):
On March 15, 2018, the DHO finds you committed the prohibited act of Fighting with Another Person, code 201.

This decision is based on the information in the incident report written by N. Harper. On 3/09/2018, at approximately 3:02 PM., I observed Inmate Simone Mcillwain Reg#63189-018 running into the hair care room. Inmate Mcillwain entered into the hair care room where inmate Bernetta Willis Reg#11880- 002 was sitting. Inmate Mcillwain began hitting inmate Willis with a closed fist while she was seated in the chair. I then immediately called for assistance over the radio. Inmate Willis attempted to defend herself and both inmates became entangled on the floor. I gave three verbal direct orders for both inmates to stop fighting. Inmate Willis ceased all swinging, and she then attempted to hold inmate Mcillwain hands down to prevent inmate Mcillwain from any further attacks. Once additional staff arrived, both inmates were separated, and I assisted Inmate Willis off of the floor where she was holding inmate Mcillwain down without any further incident. Inmate Willis was escorted into the T.V room while inmate Mcillwain remained in the hair care room and both inmates were secured inside the mentioned areas momentarily. Both inmates were then separately escorted out the unit by the additional staff that arrived on scene. Operations lieutenant was notified of the incident.

The Clinical Encounter for WILLIS was used to determine she had swelling noted under left eye lid near the corner of left eye.

The evidence photographs was used to determine Willis has a swollen left eye, and McIllwain had an injury to her right eye and right ring finger.

The Electronic Mail from WILLIS 11880-002 to mercedesmcqueen20@gmail.com was used to determine you told your friend you had been locked up for fighting. The other girl snuck up in the hair room and hit you in the face. Then you know Alabama style leerooy did her justice.

When McIllwain was given the opportunity to make a statement she said I am guilty. I attacked her, because she gave my current girlfriend a letter I had written to Willis when her and I were together. I just went. She was swinging back. I came in the haircare room. She saw me coming and stood up. I punched her in the face. I continued to punch her. Somehow, I ended up on the floor. She was on top of me. She was swinging, but only hit me once. The officer said stop, so she restrained me.

2

BP-A0
JAN 1 **DISCIPLINE HEARING OFFICER REPORT** CDFRM

**U.S. DEPARTMENT OF JUSTICE** 3098555 **FEDERAL BUREAU OF PRISONS**

| Institution: **FCI Aliceville, Alabama** | Incident Report Number: **3098555** | |
|---|---|---|
| NAME OF INMATE: **WILLIS, Bernetta Lashay** | REG.NO.: **11880-002** | UNIT: **C-4** |
| Date of Incident Report: **03-09-2018** | Offense Code: **201** | |

Date of Incident: **03-09-2018**

Summary of Charges: **Fighting with Another Person**

I. NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on (date) **03-10-2018** at (time) **1452** by staff member) **T. Simmons, Lieutenant**

B. The DHO Hearing was held on (date) **03-15-2018** at (time) **1150**

C. The inmate was advised of the rights before the DHO by (staff member):

**Carter** on (date) **03-13-2018** and a copy of the advisement of rights form is attached.

II. STAFF REPRESENTATIVE

A. Inmate waived right to staff representative. Yes _____ No **X** .

B. Inmate requested staff representative and **SIS Tech. C. Hogg** appeared.

C. Staff Representative statement: **When I interviewed her, I didn't see any marks. I know McIllwain has a history of being assaultive. Willis admitted to being in an argument.**

D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: **N/A**

E. Staff representative **N/A** was appointed.

III. PRESENTATION OF EVIDENCE

A. Inmate _____ (admits) **X** (denies) ____ (neither) the charge(s).

B. Summary of inmate statement:
You appeared at this hearing and indicated you did receive a copy of the incident report.
You waived your right to witnesses, but your staff representative was present. You did not
provide any documentation on your behalf. You were advised of your right to remain silent
and stated you understood your rights before the DHO. You indicated you were ready to
proceed.

When given an opportunity to make a statement you said, I am not guilty. When she first hit
me, I balled up. She was hitting me. I heard keys, but no one said stop. I started to get
up. I jumped up. She grabbed me by my hair. We were tangled up. Her leg was wrapped
around mine. She had my hair. I said what the fuck is wrong with you? She said bitch, you
know what time it was when you showed my bitch the letter. By then I was scared, because my
eye was swollen. I was holding her hands down. Her and her girlfriend must have had a
fight about the letter for her eye to be injured. I didn't hit her. I only tried to stop
her. I take blood thinners. She had written me all these stalking letters, saying how she
thinks about me all the time and wants to be with me. We were never together; I am 39 and
she is 26. I was trying to let it slide off. I was going to keep them in case there was a
problem.

C. Witnesses:
1. The inmate waived right to witnesses. Yes **X**

2. The following persons were called as witness at
name and statement listed below): **N/A**

3. The following persons requested were not called

4. Unavailable witnesses were requested to submit w
received were considered: **N/A** .

# *Certificate of Completion*

*Presented to:*

*Bernetta Willis*

*in recognition for completing the*

# **Emotional Management Group**

### **Self-Improvement Class**

Federal Correctional Institution
Waseca, Minnesota

*May 7 through June 4, 2009*



Mitch Moore, M.S.
Drug Treatment Specialist

# Certificate of Completion

This Certification Acknowledges

# Bernetta Lashay Willis

Has successfully completed the Sun Smart

Adult Continuing Education Course Work at FCI Aliceville, Aliceville, Alabama

and is therefore entitled to this certificate.

April 22, 2018

_____
S. Westley, Correctional Counselor

_____
R. Skinner, Unit Manager



| **Individualized Reentry Plan - Program Review  (Inmate Copy)** | | **SEQUENCE: 01407636** |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | **Team Date: 03-28-2018** |
| Plan is for inmate: WILLIS, BERNETTA LASHAY  11880-002 | | |

| | | |
|---|---|---|
| Facility: | ALI ALICEVILLE FCI | Proj. Rel. Date:  06-20-2044 |
| Name: | WILLIS, BERNETTA LASHAY | Proj. Rel. Mthd:  GCT REL |
| Register No.: | 11880-002 | DNA Status:  TAL02964 / 02-08-2011 |
| Age: | 39 | |
| Date of Birth: | 06-05-1978 | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALI | C4 UNT ORD | C4 UNIT ORDERLY | 03-26-2018 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALI | ESL HAS | ENGLISH PROFICIENT | 07-08-2008 |
| ALI | GED DN | DROPPED GED NON-PROMOTABLE | 08-31-2016 |
| ALI | GED UNSAT | GED PROGRESS UNSATISFACTORY | 08-31-2016 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CRW LOW | W | GED MC 845-1030 M-F EVANS | 06-03-2016 | 08-31-2016 |
| CRW LOW | W | GED MC 845-1030 M-F ROUSE | 12-04-2015 | 06-03-2016 |
| CRW LOW | W | GED MC 745-945 M-F MCCAIN | 11-10-2015 | 12-03-2015 |
| CRW LOW | W | GED MC 1245-245 M-F MCCAIN | 10-13-2015 | 11-09-2015 |
| DAN F | W | SEC. NON-MAND. LIT. 9:30-11:00 | 01-15-2014 | 01-28-2014 |
| DAN F | W | SEC. NON-MAND. LIT. 9:30-11:00 | 02-19-2013 | 12-08-2013 |
| TAL F | W | GED 2:00-3:30 PM | 08-05-2011 | 12-18-2012 |
| TAL F | C | ADJUSTING TO PRISON | 11-28-2012 | 11-28-2012 |
| TAL F | C | RPP#6 COPING SKILLS | 11-28-2012 | 11-28-2012 |
| TAL F | C | RPP#6 MANAGING ANGRY FEELINGS | 11-28-2012 | 11-28-2012 |
| TAL F | C | MANAGING EMOTIONS | 11-28-2012 | 11-28-2012 |
| TAL F | C | RPP#6 SELF DISCOVERY | 11-28-2012 | 11-28-2012 |
| TAL F | C | LIFE IN BALANCE | 11-28-2012 | 11-28-2012 |
| TAL F | C | RPP#6 THINKING FOR A CHANGE | 11-28-2012 | 11-28-2012 |
| TAL F | C | RPP#6 DEALING W/ DOM VIOLENCE | 11-28-2012 | 11-28-2012 |
| TAL F | C | RPP#6 SLEEP DISTURBANCES | 11-28-2012 | 11-28-2012 |
| TAL F | W | GED 9:00-10:30 AM | 01-31-2011 | 08-05-2011 |
| TAL F | W | GED 7:30-9:00 AM | 07-26-2010 | 01-31-2011 |
| TAL F | C | RPP#1 AIDS | 07-22-2010 | 07-22-2010 |
| WAS F | W | GED 2 CLASS;M-F 1200-2:00(RM1) | 02-09-2009 | 06-16-2010 |
| WAS F | W | GED 1 CLASS;M-F 730-930 (RM1) | 01-25-2010 | 02-08-2010 |
| WAS F | W | GED SCORES PEND/NO ATTENDANCE | 12-31-2009 | 01-25-2010 |
| WAS F | W | GED 2 CLASS;M-F 1200-2:00(RM1) | 09-14-2009 | 12-31-2009 |
| WAS F | C | ACE CLS:READING IS FUNDAMENTAL | 07-29-2009 | 12-03-2009 |
| WAS F | W | GED 1 CLASS;M-F 730-930 (RM1) | 08-25-2009 | 09-14-2009 |
| WAS F | W | GED 3 CLASS;M-F;7:30-9:30(RM2) | 06-16-2009 | 08-25-2009 |
| WAS F | W | GED 9 CLASS;M-F 730-930 (RM4) | 02-09-2009 | 06-16-2009 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|
| 03-15-2018 | 201 : FIGHTING WITH ANOTHER PERSON |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-24-2010 |
| CARE2 | STABLE, CHRONIC CARE | 01-31-2017 |



| **Individualized Reentry Plan - Program Review  (Inmate Copy)** | SEQUENCE: 01407636 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 03-28-2018 |
| Plan is for inmate: WILLIS, BERNETTA LASHAY  11880-002 | |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 01-31-2017 |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 01-31-2017 |
| LOWER BUNK | LOWER BUNK REQUIRED | 12-09-2017 |
| OTHER | OTHER MEDICAL RESTRICTION | 01-31-2017 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 01-31-2017 |
| STAND RSTR | NO PROLONGED STANDING | 01-31-2017 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 01-31-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-31-2017 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 07-10-2008 |
| ED COMP | DRUG EDUCATION COMPLETE | 04-28-2009 |

## FRP Details

Most Recent Payment Plan

| **FRP Assignment:** | **PART** | **FINANC RESP-PARTICIPATES** | **Start: 08-05-2014** | |
|---|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** | |
| Payments past 6 months: | | **$50.00** | Obligation Balance: **$76,251.56** | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $2,200.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | REST FV | $79,607.45 | $76,251.56 | IMMEDIATE | AGREED | |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-07-2018 | ALI | PAYMENT | INSIDE PMT | $25.00 |
| | | 12-08-2017 | ALI | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

| Trust Fund Deposits - Past 6 months: | $1,726.13 | Payments commensurate ? | N/A |
|---|---|---|---|
| New Payment Plan: | ** No data ** | | |

## Progress since last review

Maintain healthy relationships to avoid codependency. Continue establishing optimal levels of work performance, program participation, sanitation and conduct. Communicate respectfully and effectively with staff and other inmates. Maintain positive communications with your family and friends. Address any issue or concerns with your correctional counselor.

## Next Program Review Goals

You are encouraged to continue institution work and receive good or outstanding on your work evaluation. Consult staff on an as-needed basis. Have social security card/birth certificate/other form of ID sent to institution. RRC placement will be assessed in accordance with the Second Chance Act 17-19 months prior to release.

## Long Term Goals

Unit team encourages you to maintain positive communications with your family and friends. Establish family ties and maintain weekly contact with them by writing letters and making phone calls. You are encouraged to continue institution work and receive good or outstanding on your work evaluations through next team.

## RRC/HC Placement

No.
Management decision - RRC Placement will be reviewed 17-19 months prior to your release. .

## Comments

** No notes entered **

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**
**Current Program Review: 04-30-2017**



| | | |
|---|---|---|
| **Name:** WILLIS, BERNETTA LASHAY | **Institution:** | ALICEVILLE FCI P.O. BOX 445 ALICEVILLE, AL 35442 |
| **Register Number:** 11880-002 | | |
| **Security/Custody:** LOW/IN | **Telephone:** | (205) 373-5000 |
| **Projected Release:** 05-26-2044 / GCT REL | **Fax:** | 205-373-5020 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 10-23-2017 | **Driver's License/State:** | 01415400 / AL |
| **Next Custody Review Date:** | 02-15-2018 | **FBI Number:** | 820174NB3 |
| **Age/DOB/Sex:** | 38 / 06-05-1978 / F | **DCDC Number:** | |
| **CIM Status:** | Y | **INS Number:** | |
| | If yes, reconciled: Y | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Mercedes McQueen, Daughter 3064 KELLY CIRCLE APT C MONTGOMERY, AL 36116 | **Release Employer:** Contact | *[Name] [Address] [POC]* |
| **Telephone:** | (817) 609-1663 | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Mercedes McQueen, Daughter 4025 Moorcroft Montgomery, AL 36116 | **Secondary Emergency Contact:** Telephone: | *[POC] [Address]* |
| **Telephone:** | (817) 500-7523 | | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| | 505 MONTHS | AGGREGATE GROUP 800 PLRA | 5 YEARS |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 01-09-2008 | 10 YEARS 5 MONTHS 22 DAYS / 426 / 0 | 1658 / 0 / 0 | 0 / 0 / 27 | **Hearing Date:** **Hearing Type:** **Last USPC Action:** | NOT ENTERED |

**Detainers:** N

**Special Parole Term:** NOT APPLICABLE
**Pending Charges:** None known
**Cim Status:** Y                     **Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $2200.00 | $0.00 | 2:06CR71-MEF-01 | FINANC RESP-PARTICIPATES $25.00 QUARTERLY |
| RESTITUTION FEDERAL VICTIM USDC | $79607.45 | $76401.56 | 2:06CR71-MEF-01 | |

**Financial Plan**
**Active:** Y                     **Comm Dep-6 mos:** $1047.11
**Financial Plan Date:** 01-16-2013     **Commissary Balance:** $213.33

**Payments**
**Commensurate:** Y
**Missed:** N

**Judicial Recommendations:** N/A / RDAP /

**Special Conditions of** See Judgment & Commitment Order 2:06CR71-MEF-01 Middle District of Alabama.

Name: **WILLIS, BERNETTA LASHAY**

RegNo: **11880-002**

| | | | | |
|---|---|---|---|---|
| GED 2 CLASS;M-F 1200-2:00(RM1) | | | 06-16-2010 | 436 |
| GED 1 CLASS;M-F 730-930 (RM1) | | | 02-08-2010 | 0 |
| GED SCORES PEND/NO ATTENDANCE | | | 01-25-2010 | 0 |
| GED 2 CLASS;M-F 1200-2:00(RM1) | | | 12-31-2009 | 0 |
| ACE CLS:READING IS FUNDAMENTAL | | | 12-03-2009 | 6 |
| GED 1 CLASS;M-F 730-930 (RM1) | | | 09-14-2009 | 0 |
| GED 3 CLASS;M-F;7:30-9:30(RM2) | | | 08-25-2009 | 0 |
| GED 9 CLASS;M-F 730-930 (RM4) | | | 06-16-2009 | 0 |

**HIGH TEST SCORES**

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| GED | WRITING | 450.00 | 12-21-2009 | WAS | IJ | |
| GED | AVERAGE | 428.00 | 04-17-2012 | TAL | FAIL | |
| GED | WRITING | 450.00 | 01-03-2012 | TAL | IJ | |
| GED | SOC STUDY | 430.00 | 12-21-2009 | WAS | IJ | |
| GED | SOC STUDY | 430.00 | 01-03-2012 | TAL | IJ | |
| GED | SCIENCE | 410.00 | 12-21-2009 | WAS | IJ | |
| GED | SCIENCE | 410.00 | 01-03-2012 | TAL | IJ | |
| GED | MATH | 400.00 | 12-21-2009 | WAS | IJ | |
| GED | MATH | 400.00 | 01-03-2012 | TAL | IJ | |
| GED | LIT/ARTS | 450.00 | 11-28-2011 | TAL | II | |
| GED | AVERAGE | 428.00 | 11-28-2011 | TAL | FAIL | |
| GED | AVERAGE | 428.00 | 01-03-2012 | TAL | FAIL | |
| GED PRAC | AVERAGE | 424.00 | 08-04-2010 | TAL | FAIL | |
| GED PRAC | LIT/ARTS | 500.00 | 04-14-2010 | WAS | PA | |
| GED PRAC | SCIENCE | 450.00 | 08-04-2010 | TAL | PE | |
| GED PRAC | MATH | 440.00 | 05-20-2010 | WAS | PA | |
| GED PRAC | SOC STUDY | 490.00 | 01-12-2011 | TAL | PG | |
| GED PRAC | WRITING | 440.00 | 08-04-2010 | TAL | PE | |
| TABE D | TOTAL MATH | 7.50 | 11-13-2015 | CRW | 10 | |
| TABE D | MATH APPL | 7.10 | 05-06-2009 | WAS | D9 | |
| TABE D | READING | 9.10 | 07-15-2009 | WAS | 9 | |
| TABE D | MATH COMP | 7.40 | 08-05-2009 | WAS | 9 | |
| TABE D | LANGUAGE | 9.70 | 06-18-2009 | WAS | 9 | |

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**
**PROGRAM REVIEW: 04-30-2017**

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | A&O | ADMISSION & ORIENTATION | 04-13-2017 | CURRENT |

## WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| CRW | FS ASSGN | FOOD SERVICE AM SHIFT | 01-25-2017 | 02-17-2017 |

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|

Inmate has no disciplinary history items in this area

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-13-2017 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| CRW | DESIGNATED, AT ASSIGNED FACIL | 10-04-2016 | 03-28-2017 |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | RPP PART | RELEASE PREP PGM PARTICIPATES | 03-20-2015 | CURRENT |
| ALI | CFSR | CERT FOOD SINCERITY REMOVAL | 02-27-2013 | CURRENT |
| ALI | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 12-06-2008 | CURRENT |
| ALI | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 12-05-2008 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| ALI | HGT RESTR | NO LADDERS/NO UPPER BUNK | 01-31-2017 | CURRENT |
| ALI | ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 01-31-2017 | CURRENT |
| ALI | YES F/S | CLEARED FOR FOOD SERVICE | 01-31-2017 | CURRENT |
| ALI | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 01-31-2017 | CURRENT |
| ALI | STAND RSTR | NO PROLONGED STANDING | 01-31-2017 | CURRENT |
| ALI | REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 01-31-2017 | CURRENT |
| ALI | OTHER | OTHER MEDICAL RESTRICTION | 01-31-2017 | CURRENT |
| ALI | LOWER BUNK | LOWER BUNK REQUIRED | 01-31-2017 | CURRENT |

**Department of Justice**
## INMATE SKILLS DEVELOPMENT PLAN

**Federal Bureau of Prisons**
## PROGRAM REVIEW: 04-30-2017

**Supervision:**

| **USPO**<br>**Sentencing:** | Scott Wright, Chief<br>Alabama Middle Probation Office<br>Frank M. Johnson, Jr. United States Courthouse<br>One Church Street Room 102A<br>Montgomery, AL 36104 | | **USPO**<br>**Relocation:**<br><br>**Phone/Fax:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip]<br>[Phone] / [Fax] |
|---|---|---|---|---|
| **Phone/Fax:** | 334-954-3226 / 334-954-3230 | | | |

| **Subject to 18 U.S.C. 4042(B) Notification:** | Y | **DNA Required:** | Y - 02-08-2011 |
|---|---|---|---|
| • Conviction for a drug trafficking crime (federal) | | **Treaty Transfer Case:** | N |

**Profile Comments:**   no profile comments at this time.....closer supervision transfer from fci tal

| EDUCATION DATA | | | | |
|---|---|---|---|---|
| **Facility** | **Assignment** | **Description** | **Start Date** | **Stop Date** |
| ALI | GED UNSAT | GED PROGRESS UNSATISFACTORY | 08-31-2016 | CURRENT |
| ALI | GED DN | DROPPED GED NON-PROMOTABLE | 08-31-2016 | CURRENT |
| ALI | ESL HAS | ENGLISH PROFICIENT | 07-08-2008 | CURRENT |

| COMPLETED EDUCATION COURSES | | |
|---|---|---|
| **Course Description** | **Completion Date** | **Course Hours** |
| GED MC 845-1030 M-F EVANS | 08-31-2016 | 1250 |
| GED MC 845-1030 M-F ROUSE | 06-03-2016 | 0 |
| GED MC 745-945 M-F MCCAIN | 12-03-2015 | 0 |
| GED MC 1245-245 M-F MCCAIN | 11-09-2015 | 0 |
| SEC. NON-MAND. LIT. 9:30-11:00 | 01-28-2014 | 2 |
| SEC. NON-MAND. LIT. 9:30-11:00 | 12-08-2013 | 2 |
| GED 2:00-3:30 PM | 12-18-2012 | 560 |
| ADJUSTING TO PRISON | 11-28-2012 | 15 |
| RPP#6 COPING SKILLS | 11-28-2012 | 20 |
| RPP#6 MANAGING ANGRY FEELINGS | 11-28-2012 | 10 |
| MANAGING EMOTIONS | 11-28-2012 | 20 |
| RPP#6 SELF DISCOVERY | 11-28-2012 | 10 |
| LIFE IN BALANCE | 11-28-2012 | 15 |
| RPP#6 THINKING FOR A CHANGE | 11-28-2012 | 10 |
| RPP#6 DEALING W/ DOM VIOLENCE | 11-28-2012 | 20 |
| RPP#6 SLEEP DISTURBANCES | 11-28-2012 | 10 |
| GED 9:00-10:30 AM | 08-05-2011 | 0 |
| GED 7:30-9:00 AM | 01-31-2011 | 0 |
| RPP#1 AIDS | 07-22-2010 | 1 |