From Bernetta L. Willis
Emergency Deliver

To Judge Myron H. Thompson
Immediately Thank You Kindly

RECEIVED 2020 FEB 20 AM 9:00 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DIST. ALA

I Come in the Name Of Jesus →
Dear Honorable Judge Thompson,
I pray this letter finds you in the best of
Health! Will you please take a little time
out of you busy schedule to read
my letter it's very important you do
So.

Thank you God Bless You.


I need a Second Chance Your Honor.
I promise not to mess up. I have learned
my lesson I need a blessing.

Your Honorable the prison making
it difficult for me to receive my
recent medical Records to send to
the courts. Can you Subena them I
give permission.

Also Do you need my Children Records?

"State Of Emergency" 2-16-20

Dear Honorable Judge Myron H Thompson,

I Bernetta L. Willis Case #'s 2:19-cv-651 and 2:06-00071, is writing you pleading you to have mercy & compassion to release me, Due to i just found out my oldest child Mercedes B. McQueen has serious illness, Crohn's Disease, IBS Irritable Bowels Syndrome and Ulcerative Colitist after having a Colonoscopy, "My heart Broken"

Judge Thompson, My Child Mercedes has been through so much by herself Since my incarceration, She was only turning 12 years old when i left, now She's 25, She has been Sexually abused by family members, I just recently found out all the harship my Children went through after receiving a copy of the Letter my Children wrote you. Mercedes has been on her own Since i left her She need's me, I've researched these illness my child is Suffering from and She has No one No Family to help her this Crohn's and IBS She need's Guidance It could be Fatal!!

Lord knows I can not handle this. I would take my life Judge Thompson if anything fatal happen.

It's time to let me be there to help my child, I suffered enough already and they have suffered the most. Because when Judge Fuller sentenced me he didn't only punish me he punished my children. My son just lost a child yesterday 2-15-20. Eddie McQueen. My children hardship and the fact that they have no family support, they are in dire need of their mother.

I pray she don't catch cancer. I'm scared now she have to get mamogram. Also I went to Pickens Hospital last month and January 13th 2020 and I had mamograma & Ultra Sound and found out that I have three cysts in my right breast and two cysts in my left breast, I told you my mother had breast and spreaded cancer all over her body. Honorable Judge Thompson please have mercy and compassion on my children and my behalf. Immediately Relief Please

Signature