In The Middle District Of Alabama

Northern Division

Bernetta Lashay Willis,   Case # 2:06-cr-00071-MHT
vs.                      Case # 2:19-cv-651-MHT
United States Of America

RECEIVED 2020 APR 16 A 11:57

## Motion For Emergency Relief on Pending Compassionate Release Motion

Comes now pro-se Petitioner moving this Honorable Court, to relieve her from her harsh Sentence Due to Covid-19 Coronavirus. Petitioner has Severe Chronic medical illness, that Warrants Compassionate Release Under FSA 2018 3582(c)(A)(1)(i) She is Eligible. Emergency Relief Warranted Immediately!!

Petitioner Health is already Wretched. No Chance if She was to Contract the Coronavirus- With her health issues at 41 years old, She wouldn't Survive. And due to Petitioner already having two By Pass Heart Surgeries She's at risk.

Thus petitioner was 26 years old when she was arrested. Now being incarcerated over 15 years, she has corrected her behavior. She pleads with this Honorable Court to have Mercy on her and Grant her relief. Petitioner Children and her Biggest fear is to die in prison like Petitioner Mother did, at 48 years old, while Petitioner has been incarcerated.

Petitioner prays this Honorable Court and Judge Myhron Thompson Grant her the relief she Soley Deserves Immediately. The virus is moving through the prison system and the virus is at Aliceville prison Where Petitioner resides.

## Certificate Of Service

Petitioner swears she has copied this Motion and Sent the U.S. Attorney 131 Clayton St Montgomery Alabama 36104 a Copy and mailed in the prison mail box on 4-13-20

*[signature]*

4-13-2020