For The Middle District
Of Alabama Northern Division

Bernetta Lashay Willis      Case # 2:19cr651
         V.                              ~~MHT~~
United States of America         06cr71

RECEIVED
2020 MAR 30 A 8:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Emergency Compassionate Release Due to Coronavirus19 and petitioner Health**

Comes now petitioner moving this Honorable Court to act within 30 days to grant her Compassionate due to she already suffer from Chronic medical illness, which the Court have already been provided by Petitioner. due to petitioner has pending 2255 motions and FSA 2018 relief.

Petitioner health is So wretched if she Catches the Coronavirus19 and her age She won't survive. The prison is allowing new inmates that might have it. Petitioner prays this Court grant her relief because we received notice from the Warden new inmates arriving 3-26-20 President Trump has said he is willing to release these kind of inmates due to Coronavirus19.

(25)

# Certificate Of Service

I declare Under penalty that, Bernetta Lashay Willis sent a copy of this motion to 131 Clayton St Montgomery AL 36104 to US Attorney Office on 3-24-2020 and i placed this in the prison mail box.

3-24-20

*[signature]*