# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. 2:06-cr-00071-MHT-SMD |
| | ) **(FILED UNDER SEAL)** |
| | ) |
| **BERNETTA WILLIS** | ) |

## MOTION TO FILE SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE UNDER SEAL

**COMES NOW** the Defendant, **BERNETTA WILLIS**, by and through Undersigned Counsel, Angela D. Smith, and files this Motion to Seal. The Defendant requests her Supplemental Motion for Compassionate Release be filed under seal due to the sensitive information contained within the motion.

Dated this the 18th day of May, 2020.

Respectfully submitted,

*/s/ Angela D. Smith*
**Angela D. Smith**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: angela_smith@fd.org
TN Bar No. 33909

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-00071-MHT-SMD |
| ) | (FILED UNDER SEAL) |
| BERNETTA WILLIS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, the foregoing has been filed with the Clerk of Court and copies have been served upon all counsel of record.

Respectfully submitted,

*/s/ Angela D. Smith*

**Angela D. Smith**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: angela_smith@fd.org
TN Bar No. 33909