IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:06cr71-MHT
                            )           (WO)
BERNETTA LASHAY WILLIS      )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered today, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Bernetta Lashay Willis's motion for retroactive application of sentencing guidelines (doc. no. 364) is granted.

(2) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Willis's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 505 months is reduced to 495 months.

DONE, this the 8th day of February, 2021.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**