IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:06cr71-MHT
                            )            (WO)
BERNETTA LASHAY WILLIS      )
```

ORDER

It is ORDERED that defendant Bernetta Lashay Willis's motion for reduction of sentence under the First Step Act of 2018 (doc. no. 373) is denied.

\*\*\*

Defendant Willis appears to seek a reduction based on the provision in the First Step Act that "granted district courts discretion to reduce the sentences of crack-cocaine offenders in accordance with the amended penalties in the Fair Sentencing Act [of 2010]." *United States v. Jones*, 962 F.3d 1290, 1297 (11th Cir. 2020) (citing First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194). Because defendant was

**convicted of a marijuana offense, not a crack cocaine offense, she is not eligible for a sentence reduction.**

**DONE, this the 8th day of February, 2021.**

                                            /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**