**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:06cr71-MHT** |
| | ) | |
| **BERNETTA LASHAY WILLIS** | ) | |

**ORDER**

It is ORDERED that defendant Bernetta Lashay Willis's motions for compassionate release (doc. nos. 385, 391, 392, 393, and 409) are set for an evidentiary hearing by videoconference at 2:00 p.m. on March 19, 2021. The courtroom deputy shall arrange for the videoconference.

It is further ORDERED that the government shall ensure that defendant Willis is able to participate in the videoconference from prison.

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**