IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:06cr71-MHT** |
| | ) | |
| **BERNETTA LASHAY WILLIS** | ) | |

### ORDER

It is ORDERED that defendant Bernetta Lashay Willis may submit a brief in response to the government's notice of supplemental authority (Doc. 440) by May 27, 2021.

DONE, this the 13th day of May, 2021.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**