# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:06-cr-00071-MHT-SMD |
| | ) (FILED UNDER SEAL) |
| | ) |
| BERNETTA WILLIS | ) |

## MOTION TO FILE ADDITIONAL EXHIBITS UNDER SEAL

**COMES NOW** the Defendant, **BERNETTA WILLIS,** and moves the Court to permit filing under seal of the Notice of Exhibits and Exhibits 26 through 31, for the reason that they contain confidential medical information.

Respectfully submitted,

/s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2021, I filed the foregoing **UNDER SEAL** with the Clerk of Court and provided copies of same to all counsel of record.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org