**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:06cr71-MHT** |
| | ) | |
| **BERNETTA LASHAY WILLIS** | ) | |

**ORDER**

Based on the representations made on the record today, it is ORDERED that, by January 21, 2022:

(1) The government may file a response to defendant Bernetta Lashay Willis's renewed motion for compassionate release (Doc. 457).

(2) Defendant Willis shall file a notice with the court as to whether she plans to present expert testimony in support of the motion, and as to whether she has received a booster shot of the COVID-19 vaccine.

DONE, this the 10th day of January, 2022.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**