IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:06-cr-00071-MHT-SMD |
| | ) |
| BERNETTA WILLIS | ) |

**RESPONSE TO COURT ORDER**

**Ms. Bernetta Willis,** by counsel, makes the following response to the Court's Order of January 10, 2022 (Doc. 464).

Ms. Willis has not yet received a booster shot of the COVID-19 vaccine. Her second shot took place this past autumn and she will not be eligible to receive the booster for approximately one more month.

Ms. Willis does plan to present expert testimony in support of her renewed motion but has not yet identified the applicable expert.

    Respectfully submitted,

    **/s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Federal Defenders
    Middle District of Alabama
    817 South Court Street
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I filed the foregoing with the Clerk of Court and copies have been served upon all counsel of record.

Respectfully submitted,

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org