Date:
7-31-22 — To Honorable Judge Myron H. Thompson

2:06-cr-71-MHT-SMD

Dear Judge Thompson, **RECEIVED**

2022 AUG -3 A 9:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I Bernetta Willis, is Writing you today with a Heavy Burden on my Heart! I pray you take time out of your Busy Schedule To Read→ I know my CR motion has been ongoing/pending since March 2020 and one in 2019 also I have a Civil Case pending. We went into recess 3-19-21

Well to the point I'm not a negative woman my Heart is filled with FAITH Faith is what lightens my Burden. Well I am in Danger for Cancer Spreading through my Body and I just want to know what is Everyone except You, is waiting for I have Lumps all Through my Body neck, arm, Shoulder, Breast Legs if this Court is Not Aware at the Age of 39 years my mother was diagnosed with Cancer spread all over her Body Bones, Lungs, liver Breast Lymph Nodes.

Also my Children has been in A new Mental Health since 4-2-22 with my two sons my youngest Son Leshedrick Willis Jr. Has now Been Placed in his

Third Mental Health Center at Beth Manor Dr. Montgomery AL. 36109 the Sheriff Department Chased Like A Dog to get him there for two days. He has Been Homeless I've been having money sent for him Hotel and food which the Sheriff picked him up from 7-29-22 and took him to Jackson Hospital. He's Been Suffering over 3 to 4 months No Eating Walking all over Town. By the "GRACE" OF GOD He kept my Sons and Daughter alive.

My pregnant Daughter has been Hospitalized for Hepatitist A and again for Tumor, Thyroids, her liver swollen and Recently ~~had~~ Kidney infection.

My oldest thoughts of Suicide because No one is Helping her, She's trying to Control her Brothers' riding around Town people pulling guns on, my Son my pregnant daughter jumped in the way infront of the gun then my oldest daughter Jumped infront of the gun infront of my pregnant daughter

No one is giving me Medical Treatment Come On Judge Thompson.

"The New Cases from the Supreme Court - Concepcion, Taylor, Jones and more new cases."

I have not talked to my Attorney since January after the Telephone Conference Call with you. You asked was we entering an Expert almost 8 months later.

I pray You - Honorable Judge Thompson got me Released to tend to my medical Care and my mental ill Children that is in Dire need of the Care of their Mother!

Thank You in Advance for moving in my Case with Release In Jesus Name I pray!

God Bless you & yours Daily Your Honor.



Praying For Compassion 2nd Chance In Jesus Name! Amen.