**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:06cr71-MHT** |
| | ) | |
| **BERNETTA LASHAY WILLIS** | ) | |

**ORDER**

It is ORDERED that attorney MiAngel Cody's motion for leave to appear pro hac vice (Doc. 469) as counsel for defendant Bernetta Lashay Willis is granted.

DONE, this the 17th day of October, 2022.

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**