IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:06cr71-MHT |
| | ) | (WO) |
| **BERNETTA LASHAY WILLIS** | ) | |

### ORDER

So that Dr. Bernard Ashby can complete and file his final evaluation report around January 21, 2023, it is ORDERED that another status conference with counsel is set for January 24, 2023, at 8:00 a.m., by telephone. The courtroom deputy shall arrange for the call.

DONE, this the 6th day of January, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**