IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:06cr71-MHT |
| | ) | (WO) |
| BERNETTA LASHAY WILLIS | ) | |

ORDER

Based on the representations made on the record on February 24, 2023, it is ORDERED that:

(1) By March 3, 2023, the parties are to submit a proposed order that grants the emergency motion for compassionate release (Doc. 474) and provides for the release of defendant Bernetta Lashay Willis from prison to a halfway house as outlined on the conference call.

(2) By March 17, 2023, the parties shall submit proposed modifications to the conditions of supervised release to address defendant Willis's health issues, mental-health issues, and any other challenges she is likely to face upon commencement of supervised release. Counsel for the parties should confer with United

States Probation Office in deciding what the modifications should be.

DONE, this the 24th day of February, 2023.

                                                   /s/ Myron H. Thompson
                                             **UNITED STATES DISTRICT JUDGE**