# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> BERNETTA WILLIS ) <br>     Defendant. ) | 2:06-cr-00071-MHT-SMD <br><br> Judge Myron H. Thompson |

## JOINT STATUS REPORT

Now comes the Defendant, BERNETTA WILLIS, by her attorney MIANGEL CODY, and the UNITED STATES OF AMERICA, by Assistant United States Attorney BRETT TALLEY, to file this Joint Status Report. We report to the Court as follows:

1. On March 6, 2023, the Court granted defendant Bernetta Willis's motion for compassionate release pursuant to Title 18 U.S.C. § 3582(c), as amended by Section 603 of the First Step Act. Doc. No. 498.

2. Ms. Willis was released from Aliceville federal prison on March 7, 2023, and she reported to the Montgomery-area halfway house. Defense counsel and her community supporters are working to schedule Ms. Willis's medical appointments and followup care.

3. The Court instructed the parties to, by March 17, submit proposed modifications to Ms. Willis's supervised release conditions. The parties have conferred and have no proposed modifications at this time.

4. This case is scheduled for a status hearing on March 22, 2023. Doc. No. 501. At that time, the parties will apprise the Court whether there is any need for further modification of Ms. Willis's supervised release.

Respectfully submitted,

| | |
|---|---|
| /s/ MiAngel Cody | /s/Brett Talley |
| MIANGEL CODY | BRETT TALLEY |
| TDC LAW OFFICE | ASSISTANT U.S. ATTORNEY |
| 1325 S. Wabash Ave. Suite 305 | 131 Clayton Street |
| Chicago, IL 60605 | Montgomery, AL 36104 |
| Tel: 312-858-8330 | Tel: (334) 223-7280 |
| | *Counsel for the United States of America* |
| *Counsel for Bernetta Willis* | |

## CERTIFICATE OF SERVICE

The undersigned, MiAngel Cody, an attorney with The Decarceration Collective Law Office, hereby certifies that on **March 17, 2023**, I electronically filed the following with the Clerk of the Court using the CM/ECF system:

## JOINT STATUS REPORT

/s/ MiAngel Cody
MIANGEL CODY
TDC LAW OFFICE
1325 S. Wabash Ave. Suite 305
Chicago, IL 60605
*Counsel for Bernetta Willis*